**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL F. WASSERMAN, )<br><br>Plaintiff, )<br><br>v. )<br><br>DENISE RODACKER, )<br><br>Defendant. ) | Civil Action No. |

<u>NOTICE OF REMOVAL OF A CIVIL ACTION</u>

Defendant respectfully notifies the Court as follows:

1. Defendant Denise Rodacker, a United States Park Police Officer, was named as the defendant in a civil action now pending in the Superior Court of the District of Columbia <u>Michael F. Wasserman</u> v. <u>Denise Rodacker</u>, C.A. No.: 06-0001351. The United States of America has been substituted as a defendant.[1] <u>See</u> attached Certification.

2. The above-entitled action was filed on February 21, 2006, and copies of the Summons and Complaint were received by the Office of the United States Attorney on April 24, 2006. Copies of the Summons and Complaint are attached hereto as Exhibit A.

3. This notice of removal is brought pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446, 2679(d) since Plaintiff's action against Defendant is one in which the district court has original jurisdiction, defendant Rodacker is an officer of an agency of the United States sued for an act under color of her office and on account of authority under an act of Congress for the

---

[1] The United States of America should be substituted as the defendant pursuant to 28 U.S.C. § 2679(d). Undersigned counsel will represent the United States of America for all purposes, and represent the individual defendant for purposes of seeking an enlargement of time, pending completion of the process by which full Department of Justice representation can be obtained. <u>See</u> 28 C.F.R. § 50.15.

apprehension or punishment of criminals, and the United States has been substituted as a

defendant pursuant to 28 U.S.C. § 2679(d).

WHEREFORE, this action now pending in the Superior Court of the District of

Columbia, is properly removed therefrom to this Court pursuant to 28 U.S.C. §§ 1441,

1442(a)(1), 1446 and 2679(d).

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
MARIAN L. BORUM,  D.C. Bar #435409
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-6531

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Removal of a Civil Action,

has been made by mailing copies thereof to:

Michael F. Wasserman
1030 S. Barton St. Unit 279
Arlington, VA 22204

on this 31st day of May, 2006.

MARIAN L. BORUM
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MICHAEL F. WASSERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  06-0001351 |
| | ) | |
| DENISE RODACKER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATION

I, Rudolph Contreras, Chief, Civil Division, Office of the United States Attorney for the

District of Columbia, pursuant to the provisions of 28 U.S.C. §2679(d)(2) and by virtue of the

authority delegated to the United States Attorney by 28 C.F.R. §15.3 and first redelegated to me

on March 20, 2006, hereby certify that I have read the Complaint in this civil action.  On the

basis of the information now available to me with respect to the incident alleged herein, I find

that Denise Rodacker was acting within the scope of her authority as an employee of the United

States at the time of such alleged incident.


Dated:  _____5/31/06_____                    _____
                                                                   RUDOLPH CONTRERAS
                                                                   Assistant United States Attorney
                                                                   Chief, Civil Division

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

Michael F. Wasserman
1030 S. Barton St. No. 279
Arlington, VA 22204

RECEIVED
Civil Clerk's Office
FEB 21 2006
Superior Court of the
District of Columbia
Washington, D.C.

06-0001351

vs.

Civil Action No. _____

Denise Rodacker
1100 Ohio Drive S.W.
Washington, DC 20242

JURY TRIAL DEMANDED

**COMPLAINT**

(Assault, Battery, False Imprisonment, Malicious Prosecution
and Violation of the Constitution of the United States)

1.  Jurisdiction of this court is founded on D.C. Official Code Sec. 11-921.

2.  On February 20, 2005, in a public park called Montrose Park in the District of Columbia defendant, acting under color of law but without actual or lawful authority, intentionally, maliciously and without privilege assaulted, battered and imprisoned plaintiff against the laws of the said District and the Constitution of the United States.

3.  Defendant maliciously and without probable cause complained against plaintiff and caused a criminal prosecution to be instituted against plaintiff.

4.  The criminal prosecution instituted against plaintiff was resolved favorably to plaintiff without an adjudication of guilt.

5.  As a result plaintiff was imprisoned for over thirty hours, suffered great pain of body and mind, was prevented from transacting his business at divers times and incurred expenses of counsel and other legal costs and court fees.

WHEREFORE plaintiff demands judgment against defendant in the sum of ten thousand dollars and costs.

Respectfully submitted,

Michael F. Wasserman
Plaintiff, *pro se*
1030 S. Barton St. Unit 279
Arlington, VA 22204
(703) 521-3728
michael.wasserman@verizon.net

## JURY DEMAND

Plaintiff demands trial by a jury of twelve persons.