UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL F. WASSERMAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. |
| DENISE RODACKER, | ) |
| Defendant. | ) |

## MOTION BY DEFENDANT UNITED STATES OF AMERICA
## TO AMEND CASE CAPTION

Pursuant to Fed. R. Civ. P. 25, federal defendant United States of America hereby moves the Court to amend the case caption in this matter to reflect the substitution of the United States for Denise Rodacker as the sole federal defendant in this action.

Good cause exists to grant this motion. Plaintiff named as defendant Denise Rodacker. Plaintiff seeks relief from Ms. Rodacker arising out of an alleged assault. Concurrent with this motion, defendant is filing a certification pursuant to 28 U.S.C. § 2679 certifying that Ms. Rodacker was acting within the scope of her employment as an employee of the United States at the time of the events alleged in the Complaint.

Upon such a certification, the action "shall be deemed to be an action or proceeding brought against the United States under the provisions of [Title 28 of the United States Code] and all references thereto, and the United States shall be substituted as the party defendant." 28 U.S.C. § 2679(d)(2).

In light of the foregoing, defendant requests that the Court amend the case caption in the above civil action to reflect substitution of the United States for Denise Rodacker as the defendant in this action. A proposed Order consistent with this Motion is attached.

Dated: May ___, 2006.

        Respectfully submitted,

/s/ Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-6531

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing **MOTION BY DEFENDANT UNITED STATES OF AMERICA TO AMEND CASE CAPTION** has been made by mailing copies thereof to:

>Michael F. Wasserman
>1030 S. Barton St. Unit 279
>Arlington, VA 22204

on this 3st day of May, 2006.

MARIAN L. BORUM
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-6531