# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL F. WASSERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0001351 |
| | ) | |
| DENISE RODACKER, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Defendant[1] respectfully moves the Court, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, to enlarge the time within which to answer, move, or otherwise respond to the Complaint in this matter.

This case was originally filed in the Superior Court of the District of Columbia and is being removed to district court today. Defendant has received a copy of the Summons and Complaint in this matter. Rule 81 of the Federal Rules of Civil Procedure requires a defendant to answer or present other defenses within 20 days after receipt through service or otherwise of a copy of the initial pleading, or within 5 days after the filing of the petition for removal, whichever is longer. Defendant requests that it be granted 60 days from the date of this Motion to respond to Plaintiff's Complaint. Such enlargement of time is consistent with the 60-day period that the United States is accorded to respond to complaints under Federal Rule 12(a)(3).

---

[1] The United States of America should be substituted as the defendant pursuant to 28 U.S.C. § 2679(d). Undersigned counsel will represent the United States of America for all purposes, and will represent the individual defendant for purposes of seeking an enlargement of time, pending completion of the process by which full Department of Justice representation can be obtained, see 28 C.F.R. § 50.15, or until the United States is substituted as the defendant.

Defendant's counsel is also requesting the additional time to become familiar with the issues presented in the case.[2]

WHEREFORE, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Complaint be set for 60 days from the date of this Motion. An order consistent with this Motion is attached.

Respectfully submitted,

_____

KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____

RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____

MARIAN L. BORUM,  D.C. Bar #435409
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-6531

---

[2] Pursuant to Local Rule 7.1(m), Defendant's counsel attempted to contact Plaintiff *pro se* counsel to discuss this motion, but was unable to do so.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Motion for Enlargement of Time* has

been made by mailing copies thereof to:

Michael F. Wasserman
1030 S. Barton St. Unit 279
Arlington, VA 22204

on this 31st day of May, 2006.

MARIAN L. BORUM
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL F. WASSERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  06-0001351 |
| | ) | |
| DENISE RODACKER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time and for good

cause shown, it is by the Court this _____ day of _____, 2006,

ORDERED that Defendant's Motion should be and is hereby granted, and that the

Defendant shall have until July 31, 2006, to answer or otherwise respond to the Complaint.

_____
UNITED STATES DISTRICT JUDGE

Copies of this order to:

Michael F. Wasserman
1030 S. Barton St. Unit 279
Arlington, VA 22204

Marian L. Borum
Assistant U.S. Attorney
Judiciary Center Building
555 4th Street, N.W. -  Civil Division
Washington, D.C.  20530