UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael F. Wasserman

vs.                                              Civil Action No. 1:06-cv-01005-RWR

Denise Rodacker.

**NOTICE OF CHANGE OF ADDRESS FOR PLAINTIFF**

The new address, telephone number and email address of plaintiff, Michael F.

Wasserman, are as stated under his signature on this paper.

Respectfully submitted,

Michael F. Wasserman
Plaintiff, *pro se*
D.C. Bar No. 442898
9355 Tovito Dr.
Fairfax, VA 22031-3824
(703) 591-0807
mfwddc@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2006, I mailed a copy of this paper to:

Marian L. Borum, Esq.
Office of the US Attorney
555 4th St. NW
Washington, DC 20001-2733

Pvt. Denise Rodacker
United States Park Police
1100 Ohio Dr. SW
Washington, DC 20242-0003

Perri S. Rothemich, Esq.
Department of the Interior
Office of Solicitor General
1849 C St. NW
Mail Stop 7308
Washington, DC 20240-0002

Michael F. Wasserman

RECEIVED

JUN 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT