UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael F. Wasserman

      vs.                                    Civil Action No. 1:06-cv-01005-RWR

Denise Rodacker.

**MOTION TO EXTEND TIME FOR PLAINTIFF'S RESPONSE
TO THE MOTION OF THE UNITED STATES TO AMEND THE CAPTION AND
TO THE MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT TO ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT
AND POINTS AND AUTHORITIES IN SUPPORT**

Pursuant to Rule 6(b), plaintiff, Michael F. Wasserman, requests that his time to respond to

(1) the Motion of the United States to Amend the Caption (Docket #2) and (2) the Motion For

Enlargement of Time (*i.e.*, for defendant to answer or otherwise respond to the complaint)

(Docket #3) be extended to Monday, June 26, 2006.

The grounds for this motion are that the service copies purportedly mailed to plaintiff were

never delivered to the address given in the certificates of service for the government's motions

and its Notice of Removal (Docket #1) or otherwise received by plaintiff. Since before the day of

purported service and to the present, plaintiff has continuously received mail sent to him at the

address given in the certificates of service.

Plaintiff first learned of the removal of this action on Thursday, June 15, 2006, from a notice

dated Friday, June 9, 2006, and sent by the Superior Court of the District of Columbia to plaintiff

at the same address as stated in the government's certificates of service. On that same day,

plaintiff first obtained copies of the Notice of Removal and the motions through PACER.

Declarations of plaintiff and his wife, Sharon M. Wasserman, attesting to the foregoing facts

and a proposed order are attached to this motion.

Dated: June 23, 2006

RECEIVED

JUN 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

Michael F. Wasserman
Plaintiff, *pro se*
D.C. Bar No. 442898
9355 Tovito Dr.
Fairfax, VA 22031-3824
(703) 591-0807
mfwddc@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2006, I mailed a copy of this paper to:

Marian L. Borum, Esq.
Office of the US Attorney
555 4th St. NW
Washington, DC 20001-2733

Pvt. Denise Rodacker
United States Park Police
1100 Ohio Dr. SW
Washington, DC 20242-0003

Perri S. Rothemich, Esq.
Department of the Interior
Office of Solicitor General
1849 C St. NW
Mail Stop 7308
Washington, DC 20240-0002

Michael F. Wasserman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael F. Wasserman

vs.                                        Civil Action No. 1:06-cv-01005-RWR

Denise Rodacker.

### DECLARATION OF MICHAEL F. WASSERMAN

1. My name is Michael F. Wasserman. I live at 9355 Tovito Dr., Fairfax, Virginia 22031. I am the plaintiff in this action.

2. Sharon M. Wasserman and I were married on October 3, 1999. We continue to be married to each other.

3. On or about May 17, 2006, Sharon and I separated. Our separation has been amicable. Since our separation, we have not argued about anything. We continue to be friends.

4. Prior to our separation, Sharon and I resided together at 1030 South Barton St. Unit 279, Arlington, Virginia 22204.

5. Sharon and I have spoken on the telephone at least three times a week since our separation. I have visited Sharon at 1030 South Barton St. Unit 279 on numerous occasions to pick up and drop off our dog, Blackberry, as well as other items. On most of those occasions when Sharon has been home, I have spoken to her at length.

6. I have not given the United States Postal Service any instructions to forward mail addressed to me at 1030 South Barton St. Unit 279.

7. I also have a key to 1030 South Barton St. Unit 279. On several occasions, Sharon has given me permission to use it when she was not home and I needed to pick up or drop off something at the house.

8. Sharon has regularly given me mail addressed to me at 1030 South Barton St. Unit 279. I

have taken all the mail addressed to me whenever I have visited 1030 South Barton St. Unit 279. I have received every item of mail that I regularly expect to receive at 1030 South Barton St. Unit 279.

9.  I have not received any mail from the United States Attorney's Office, addressed either to myself or to anyone else, either at 1030 South Barton St. Unit 279 or any other address.

10. I first learned that the United States Attorney's Office had filed a Notice of Removal in this case on or about Thursday, June 15, 2006, when I received a notice from the Superior Court of the District of Columbia to that effect. The Superior Court's notice was dated June 9, 2006, and addressed to me at 1030 South Barton St. Unit 279. A copy of it is attached to this declaration.

11. After receiving the Superior Court's notice, on Thursday, June 15, 2006, I used PACER to view the docket of the case, obtain copies of the government's Notice of Removal, Motion of the United States to Amend Case Caption, and Defendant's Motion to Enlarge Time and Memorandum of Points and Authorities in Support Thereof. That was the first time I knew that such documents existed.

12. All of the statements in this declaration are based on my personal knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 23, 2006.

Michael F. Wasserman

S2020

# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## Civil Division
### 500 Indiana Avenue  NW
### Washington, D.C.  20001

**June 9, 2006**

CASE NAME:  MICHAEL F WASSERMAN Vs. DENISE RODACKER

CASE NUMBER:  2006 CA 001251 B

# NOTICE OF REMOVAL

This case has been removed to the U.S. District Court for the District of Columbia. Any unresolved motion filed in this case prior to its removal is moot as of the date of this notice. Should the U.S. District Court remand the case back to this Court, moving party may request reinstatement of a motion filed prior to removal of the case by filing a praecipe requesting that the named motion(s) be reinstated. A Certificate of Service to all parties must accompany the pracipe.

**NO FURTHER PLEADING WILL BE ACCEPTED FOR FILING IN THE SUPERIOR COURT AT THIS TIME.**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael F. Wasserman

     vs.                         Civil Action No. 1:06-cv-01005-RWR

Denise Rodacker.

## DECLARATION OF SHARON M. WASSERMAN

1. My name is Sharon M. Wasserman. I live at 1030 South Barton St. Unit 279, Arlington, Virginia 22204.

2. Michael F. Wasserman and I were married on October 3, 1999. We continue to be married to each other.

3. On or about May 17, 2006, Michael and I separated. Our separation has been amicable. Since our separation, we have not argued about anything. We continue to be friends.

4. Prior to our separation, Michael and I lived together at 1030 South Barton St. Unit 279.

5. Michael now lives at 9355 Tovito Dr., Fairfax, Virginia 22031. I visited him at that location in late May.

6. Michael and I have spoken on the telephone at least three times a week since our separation. Michael has visited me at 1030 South Barton St. Unit 279 on numerous occasions to pick up and drop off our dog, Blackberry. On most of those occasions when I have been home at those times, I have spoken to him at length.

7. Michael also has a key to 1030 South Barton St. Unit 279. I have given him permission to use it when I am not home and he needs to pick up or drop off something at the house.

8. Since Michael and I separated, the United States Postal Service has continuously delivered mail to 1030 South Barton St. Unit 279. I have not stopped mail delivery or had any mail redirected. I have received mail addressed both to myself and to Michael during

the time since Michael and I separated.

9.  I have segregated and given to Michael all mail addressed to him. Michael has taken all the mail addressed to him whenever he has visited 1030 South Barton St. Unit 279.

10. I have not received any mail from the United States Attorney's Office, addressed either to Michael or to anyone else. Had I received any such mail addressed to Michael, I would have given it to him.

11. All of the statements in this declaration are based on my personal knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 23, 2006.

Sharon M. Wasserman