UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael F. Wasserman

vs.  Civil Action No. 1:06-cv-01005-RWR

Denise Rodacker.

**ORDER**

Upon consideration of plaintiff's Motion to Extend Time for Plaintiff's Response to the Motion of the United States to Amend the Caption and to the Motion For Enlargement of Time for Defendant to Answer or Otherwise Respond to the Complaint, the points and authorities in support thereof and any opposition thereto, it is hereby

ORDERED that the motion is GRANTED. It is further

ORDERED that plaintiff shall have until June 26, 2006, to respond to the following motions filed by the United States Attorney's Office:

(1) Motion of the United States to Amend the Caption (Docket #2) and

(2) Motion for Enlargement of Time (Docket #3).

SIGNED this ___ day of _____, 2006.

RICHARD W. ROBERTS
United States District Judge