UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael F. Wasserman

vs.  Civil Action No. 1:06-cv-01005-RWR

Denise Rodacker.

**ORDER**

Upon consideration of the Motion For Enlargement of Time (*i.e.*, to answer or otherwise respond to the complaint) (Docket #3), the points and authorities in support thereof and the response thereto, it is hereby

ORDERED that the motion is DENIED IN PART AND GRANTED IN PART. It is further

ORDERED that defendant Denise Rodacker and the United States shall have until Monday, July 17, 2006, to respond to the Complaint in accordance with Rule 12, Federal Rules of Civil Procedure.

SIGNED this ____ day of _____, 2006.

_____
RICHARD W. ROBERTS
United States District Judge