UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael F. Wasserman

vs.  Civil Action No. 1:06-cv-01005-RWR

Denise Rodacker.

**MOTION OF *PRO SE* PLAINTIFF TO USE CM/ECF FOR FILING PAPERS
AND POINTS AND AUTHORITIES IN SUPPORT**

Pursuant to Rule 5.4(b)(2), Local Civil Rules, plaintiff, Michael F. Wasserman, moves for an order permitting him to file documents in this case using the Case Management/Electronic Case Filing system and dispensing with the mandatory training ordinarily required of *pro se* parties.

The grounds for this motion are

1. Plaintiff is an active member of the District of Columbia Bar and an attorney admitted to practice in this court.[1] Plaintiff has accordingly applied for an CM/ECF password.

2. Plaintiff has read the court's current ECF User's Manual (Rev. 5, Nov. 2003)[2] and the Newsletters issued by the Clerk's Office and available on the court's website.

3. No CM/ECF training sessions are currently scheduled for July or August, 2006.

4. Plaintiff has high-speed Internet access through his local cable operator.

5. Plaintiff has three digital scanners, including one with a multiple-sheet feeder.

6. Plaintiff has three computers, including one laptop.

7. Plaintiff has licenses for at least four software programs that create PDF documents suitable for filing using the CM/ECF system.

8. Plaintiff's primary occupation is the sale of antiquarian books. All of his sales are effected by advertising and communications through the Internet. Accordingly,

---

1  The Clerk's Office has advised plaintiff that although he is a member of the bar of the court, because he is *pro se* in the present case, he is required to submit his filings in paper format. *See* Rule 5.4(e)(3), Local Civil Rules.
2  Located at <http://www.dcd.uscourts.gov/DCDC_ECF_Manual_Rev_5.pdf>.

RECEIVED
JUN 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

plaintiff uses email and the Internet continuously throughout the day in his trade and is a sophisticated user of computers and Internet technologies.

9. Plaintiff lives and works in Fairfax County, Virginia. Due to traffic congestion in Northern Virginia and plaintiff's distance from Metrorail, traveling to the courthouse for the purpose of filing papers is time-consuming and expensive.

10. Plaintiff has already experienced difficulty receiving filings purportedly served by mail by the United States Attorney's Office, which is expected to represent the defendants in this case. In fact, plaintiff still has not received the paper copies of the filings that the United States Attorney's Office allegedly mailed to him on May 31, 2006; instead, plaintiff was able to obtain copies only by using PACER to access the court's CM/ECF system.[1] Therefore, use of CM/ECF will be a more certain way for plaintiff to receive service from the United States Attorney's Office.

A proposed order is attached to this motion.

Dated: June 26, 2006

Respectfully submitted,

Michael F. Wasserman
Plaintiff, *pro se*
D.C. Bar No. 442898
9355 Tovito Dr.
Fairfax, VA 22031-3824
(703) 591-0807
mfwddc@gmail.com

---

1  *See* Motion to Extend Time for Plaintiff's Response to the Motion of the United States to Amend the Caption and to the Motion for Enlargement of Time for Defendant to Answer or Otherwise Respond to the Complaint, and the declarations attached thereto, filed June 23, 2006.

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2006, I mailed a copy of this paper to:

Marian L. Borum, Esq.
Office of the US Attorney
555 4th St. NW
Washington, DC 20001-2733

Pvt. Denise Rodacker
United States Park Police
1100 Ohio Dr. SW
Washington, DC 20242-0003

Perri S. Rothemich, Esq.
Department of the Interior
Office of Solicitor General
1849 C St. NW
Mail Stop 7308
Washington, DC 20240-0002

Michael F. Wasserman