UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael F. Wasserman

vs.                                           Civil Action No. 1:06-cv-01005-RWR

Denise Rodacker.

**ORDER**

Upon consideration of the Motion of *Pro Se* Plaintiff to Use CM/ECF for Filing Papers, the points and authorities in support thereof and any opposition thereto, it is hereby

ORDERED that the motion is GRANTED. It is further

ORDERED that all papers and pleadings in this case shall be filed and served in accordance with the electronic filing rules applicable to cases in which the parties are represented by counsel. It is further

ORDERED that when filing papers through the CM/ECF system, plaintiff shall use the password issued to him as a member of the bar of this court. It is further

ORDERED that because plaintiff has an CM/ECF password in his capacity as a member of the bar of this court, he is excused from completing CM/ECF training provided by the Clerk's Office otherwise required of *pro se* parties prior to receiving a password under Rule 5.4(b)(2), Local Civil Rules.

SIGNED this ____ day of _____, 2006.


_____
RICHARD W. ROBERTS
United States District Judge