UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael F. Wasserman

vs.                                    Civil Action No. 1:06-cv-01005-RWR

Denise Rodacker.

**ORDER**

Upon consideration of the Motion of the United States to Amend the Caption (Docket #2) and

the response thereto, it is hereby

ORDERED that the motion is DENIED IN PART AND GRANTED IN PART. It is further

ORDERED that the caption of this action is amended to read: "Michael F. Wasserman vs.

Denise Rodacker and the United States of America".

SIGNED this ____ day of _____, 2006.


_____
RICHARD W. ROBERTS
United States District Judge