UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL F. WASSERMAN,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 06-1005 (RWR) |
| **DENISE RODACKER,** | ) |
| **Defendant.** | ) |

**FEDERAL DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO FEDERAL
DEFENDANT'S MOTION TO AMEND CASE CAPTION**

On May 31, 2006, Defendant respectfully moved to amend the case caption in this matter to reflect the substitution of the United States for Denise Rodacker as the sole federal defendant in this action. In a response to that motion, plaintiff asserted that, because of "[t]he Constitutional claims," asserted in the complaint, Denise Rodacker should remain an individual defendant in the action. Complaint p. 1. Plaintiff's complaint is quite terse and, although the Constitution was briefly mentioned, plaintiff failed to assert any particular constitutional claims. Although plaintiff still fails to assert any specific Constitutional claims, his recent response to the government's motion to amend the case caption, has made it clear that he intends to sue Denise Rodacker in her individual capacity. Therefore, the government does not object to retaining Ms. Rodacker as a defendant in this action.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


_____
MARIAN L. BORUM,  D.C. Bar #435409
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-6531

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Motion for Enlargement of Time* has been made by mailing copies thereof to:

>Michael F. Wasserman
>9355 Tovito Drive
>Fairfax, Virginia 22031-3824

on this 5th day of July, 2006.

>MARIAN L. BORUM
>Assistant United States Attorney
>Judiciary Center Building
>555 4th Street, N.W. – Civil Division
>Washington, D.C. 20530