UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL F. WASSERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 06-1005 (RWR) |
| | ) |
| DENISE RODACKER, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION FOR ENLARGEMENT OF TIME**

On May 31, 2006, the federal defendant, the United States of America, respectfully moved the Court, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, to enlarge the time within which to answer, move, or otherwise respond to the complaint in this matter.[1]

Well prior to the filing of the Motion for Enlargement of Time, undersigned counsel called plaintiff *pro se* to inform him of, and learn his position regarding, federal defendant's request for sixty days from the date of the removal from Superior Court in which to respond to plaintiff's complaint.[2] Undersigned counsel left no less than two messages for plaintiff. On at least one of those occasions, undersigned counsel left a message with an individual. Upon not learning of plaintiff's position, defendants filed the Motion for Enlargement of Time.

In plaintiff's recent opposition to the federal defendant's motion to amend the case caption, plaintiff clarified the fact that he is suing Denise Rodacker in her individual capacity. As was indicated in the Motion for Enlargement of Time, undersigned counsel was representing

---

[1] On that date, defendant also filed a Notice of Removal of a Civil Action, Notice of Filing of Notice of Removal of a Civil Action and Motion to Amend Case Caption.

[2] Defendant acted in compliance with Local Rule 7.1(m).

Ms. Rodacker "for purposes of seeking an enlargement of time[] pending completion of the process by which full Department of Justice representation [could] be obtained[.]" Defendant's Motion for Enlargement of Time, p. 1 n.1. Because such authorization has now been obtained, this underscores the need for the enlargement of time in order to develop additional defenses to permit undersigned counsel to effectively represent Ms. Rodacker in her personal capacity.[3]

In plaintiff's response to the motion for enlargement of time, he indicated that the enlargement should be granted until July 17, 2006. As there are no existing deadlines in this matter that the enlargement will effect, and the request should not be unduly burdensome to plaintiff, the government asks that the additional fourteen days be granted.

        Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
MARIAN L. BORUM, D.C. Bar #435409
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-6531

---

[3] In seeking the requested enlargement of time, Ms. Rodacker does not waive any defenses available to her, including immunity from suit.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Motion for Enlargement of Time* has been made by mailing copies thereof to:

Michael F. Wasserman<br>
9355 Tovito Drive<br>
Fairfax, Virginia 22031-3824

on this <u>5th</u> of July, 2006.

                                                      MARIAN L. BORUM  
                                                      Assistant United States Attorney  
                                                      Judiciary Center Building  
                                                      555 4th Street, N.W. – Civil Division  
                                                      Washington, D.C.  20530