**Exhibit No. 2**
**MICHAEL F. WASSERMAN v. DENISE RODACKER,**
**Civil No. 06-1005 (RWR)**

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

Michael F. Wasserman

vs.

Denise Rodacker.

Civil Action No. 2006-CA-1251 B
Judge Geoffrey M. Alprin
Next Event: June 2, 2006, Initial Conference

## NOTICE OF FILING PROOF OF SERVICE OF PROCESS

Pursuant to Rule 4(m), plaintiff, Michael Wasserman, files proof of service of process. Plaintiff effected service on defendant Denise Rodacker in the manner permitted by Rule 4(c)(3) by sending her the summons, complaint and initial order by certified mail, return receipt requested. The return receipt, signed by defendant, is attached to this Notice.

In addition, because defendant is sued in her individual capacity for an act occurring in connection with the performance of duties on behalf of the United States, Rule 4(i)(2)(A) requires that the United States also be served with process. As permitted by Rule 4(i)(1), plaintiff effected service on the United States by sending copies of the summons, complaint and initial order by certified mail, return receipt requested to the United States Attorney for the District of Columbia and to the Attorney General of the United States. The completed return receipts are attached to this Notice.

Sworn To and Filed
in open court,
June 2, 2006

Respectfully submitted,

Michael F. Wasserman
Plaintiff, *pro se*
9355 Tovito Dr.
Fairfax, VA 22031-3824
(703) 591-0807
michael.wasserman@verizon.net

# CERTIFICATE OF SERVICE

I hereby certify that on ~~May 19~~ June 2, 2006, I mailed a copy of this paper to:

Marian L. Borum, Esq.
Office of the US Attorney
555 4th St. NW
Washington, DC 20001-2733

Pvt. Denise Rodacker
United States Park Police
1100 Ohio Dr. SW
Washington, DC 20242-0003

Perri S. Rothemich, Esq.
Department of the Interior
Office of Solicitor General
1849 C St. NW
Mail Stop 7308
Washington, DC 20240-0002

*/s/ Michael Wasserman*
Michael F. Wasserman

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☒ Addressee

B. Received by (Printed Name): D. Rodacker
C. Date of Delivery: MAY 1 6 2006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**RESTRICTED DELIVERY**

1. Article Addressed to:

PVT DENISE RODACKER
UNITED STATES PARK POLICE
1100 OHIO DR SW
WASHINGTON, DC
20242-0003

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number (Transfer from service label): 7002 0460 0002 1068 0806

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: APR 2 4 2006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

ATTORNEY GENERAL US
U.S. DEPT OF JUSTICE
950 PENN. AVE NW
WASHINGTON DC
20530-0001

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7002 0460 0002 1068 0813

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: APR 2 4 2006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

CIVIL PROCESS CLERK
OFFICE OF THE U.S.
ATTORNEY FOR D.C.
555 FOURTH ST. NW
WASHINGTON DC 20530

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7002 0460 0002 1068 0790

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540