UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL F. WASSERMAN,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
|       v. | )   Civil Action No. 06-1005 (RWR) |
| | ) |
| **DENISE RODACKER,** | ) |
| | ) |
|       **Defendant.** | ) |
| | ) |

**NOTICE OF APPEARANCE**

    The Clerk of the Court will please enter the appearance of Marian L. Borum, Assistant United States Attorney, as counsel of record for the defendant in the above-captioned case.

    Respectfully submitted,

_____
MARIAN L. BORUM, D.C. BAR #435409
Assistant United States Attorney
Judiciary Center Building
555 Fourth St., N.W., - Civil Division
Washington, D.C.  20530
(202) 514-6531

## CERTIFICATE OF SERVICE

I hereby certify that, on this 10th day of July, 2006, a copy of the foregoing was served by

First-Class mail; postage prepaid to:

Michael F. Wasserman
9355 Tovito Drive
Fairfax, Virginia 22031-3824.

                                                MARIAN L. BORUM
                                                Assistant United States Attorney
                                                Judiciary Center Building
                                                555 Fourth St., N.W.- Civil Division
                                                Washington, D.C.  20530
                                                (202) 514-6531