UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL F. WASSERMAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-1005 (RWR) |
| | ) |
| **DENISE RODACKER,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**NOTICE OF FILING**

Defendant respectfully files the attached Exhibit Number 1. This is a redacted version of Exhibit Number 1 filed, on July 10, 2006, in conjunction with Federal Defendant's Opposition to Plaintiff's Motion to Strike the Government's Scope of Employment Certificate and to Remand the Case to Superior Court.

Respectfully submitted,


KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


MARIAN L. BORUM,  D.C. Bar #435409
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-6531

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of July, 2006, service of the foregoing was made by mailing copies thereof to:

Michael F. Wasserman
9355 Tovito Drive
Fairfax, Virginia 22031-3824

_____
MARIAN L. BORUM
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530