# Michael Wasserman v. United States of America, et al.
# Civil No. 06-1005 (RWR)

# Exhibit 1

# U.S. PARK POLICE DEPARTMENT
## Washington, D.C.
### ARREST/PROSECUTION REPORT

P.D. 163 Rev 9/94                G.O. 401.5

| Field | Value |
|---|---|
| 1. PERSON NOTIFIED OF NAME CHANGE - UNIT - DATE/TIME - NCIC NO. (ID Only) | |
| 2. ID NUMBER (ID Only) | 571090 |
| 3. DEFENDANT'S TRUE NAME - LAST, FIRST, MIDDLE (ID Only) | |
| 4. CID NUMBER | |
| 5. UNIT-ARREST NO. | 730500067 |
| 6. DEFENDANT'S NAME - LAST, FIRST, MIDDLE (At time of arrest) | WASSERMAN, Michael, Francis |
| 7. DEA LAB NUMBER | |
| 8. Arresting Officer's Name | Rodacker |
| 9. TYPE OF RELEASE | Cited |
| 10. NICKNAME, ALIAS | None |
| 11. PHONE NUMBER | 703-521-3728 |
| Rank | Pvt |
| Badge # | 267 |
| Agency | USPP |
| 12. COURT DATE | 02/21/05 |
| 13. ADDRESS | 1030 South Barton St. #279, Arlington, VA 22204 |
| 14. TIME IN D.C. | 11 years |
| 15. CHILD ABUSE / GANG / HATE / SENIOR CITIZEN / DOMESTIC VIOLENCE / SPECIAL INTELLIGENCE | |
| 16. SEX | Male |
| 17. RACE | White |
| 18. BIRTHDATE | (redacted) |
| 19. SOCIAL SECURITY NUMBER | (redacted) |
| 20. NEED INTERPRETER | No |
| 21. HEIGHT | 509 |
| 22. WEIGHT | 160 |
| 23. HAIR | Bro |
| 24. EYES | Bro |
| 25. COMPLEX | Fair |
| 26. PERMIT NO/ST | |
| 27. BIRTHPLACE | Poughkeepsie, NY |
| 29. IMPERSONATOR? | |
| 30. ETHNICITY | Unspecified |
| 31. CAUTION | |
| 32. SCARS/MARKS/TATTOOS | None |
| 33. HAT | Blue Knit |
| 34. JACKET | |
| 35. PANTS | Lt. Tan |
| 36. COAT | Tan |
| 37. SHIRT | Green |
| 38. SKIRT/DRESS | |
| 39. WALES/NCIC CHECK - CHECK MADE BY | U.S. Park Police Communications |
| NCIC NUMBER | 95134 |
| WARRANT ON FILE | No |
| 40. LOCATION OF OFFENSE | 3000 Block R St. NW |
| 41. LOCATION OF ARREST | 3000 Block R St. NW |
| DATE OF OFFENSE | 02/20/05 |
| TIME OF OFFENSE | 0752 hours |
| DATE OF ARREST | 02/20/05 |
| TIME OF ARREST | 0755 hours |
| 45. SPEC. OPS. | |
| 46. TACTICS | 01 |
| 47. PREMISES | 04 |
| 48. SCHOOL ZONE / PUBLIC HOUSING | |

### CHARGES

| CHARGES | NO./OR WARRANT NUMBER | CCN | MPD DISPOS | COLLA./BOND RECEIPT NO |
|---|---|---|---|---|
| Assault on a Police Officer | | 05-4745 | L | |
| Dog at Large (X2) | | 05-4745 | L | |

51. INITIALS - DATE - UNIT OF PERSON TAKING PRINT: DLR - 02/20/05 - USPP D-3

52. M.O., WEAPONS, HANGOUTS, HABITS, INSTRUMENTS: Fails to comply with police orders and resists arrest.

PAGE __    REVERSE CARBON AND FILL IN REVERSE SIDE OF THIS FORM

REVERSE CARBONS

## 55. EMPLOYMENT HISTORY (List present employment if any on Line 1)

| FROM - DATE - TO | EMPLOYER | ADDRESS | BUS PHONE | OCCUPATION |
|---|---|---|---|---|
| 1.07/2004  Present | Self - "Nostre Libers" | 1030 South Barton St. # 279, Arlington, VA | 703-521-3728 | |
| 2. | | | | |

## 56. NAMES OF LIVING FAMILY, RELATIVES, FRIENDS AND ASSOCIATES (Begin with immediate family)

| RELATIONSHIP | DOB/AGE | NAME - LAST, FIRST, M.I | ADDRESS - STREET, CITY, STATE, ZIP CODE | PHONE NUMBER |
|---|---|---|---|---|
| Wife | 08/30/66 | Sharron WASSERMAN | 1030 South Barton St. # 279, Arlington, VA | 703-521-3728 |
| Friend | | Stephanie Norvy | 300 Blk Dent Place Wash. DC | 202-337-1495 |
| Friend | 40 yoa | James Ryan | Washington DC | 202-531-5108 |

57. MILITARY SERVICE: BRANCH/DATE FROM - TO

58. TELEPHONE CALL MADE  ☒ Yes  ☐ No  ☐ Refused

59. PHONE NUMBER  202-531-5108

## 60. STATEMENT OF FACTS

On February 20, 2005 at 0752 hours while patrolling through Montrose Park I observed two dogs running at large. I observed a white male wearing a blue knit hat and tan jacket standing in near proximity to the dogs. This same male subject glanced in my direction and turned down a walking path at the tree line located at the rear of the park. The two dogs followed with him. I proceeded down the walking path behind the subject. The subject had walked very fast creating a distance of about 100 feet, I had to run in order to get closer to the subject. I called out to the subject asking him to stop. The subject continued walking away from me calling out over his shoulder "I don't want to talk to you!". At this point, I demanded he stop to address with me his two dogs that were running at large. The subject shouted "I don't have to talk to you" as he continued to walk briskly away from me. I again demanded he "Stop now". The subject failed to stop, at this point I had come within arms reach and took a hold of his left upper arm. The subject attempted to wrench himself away from me. I advised him he was under arrest and forced the subjects left arm behind his back in a compliance hold. At this point I was able to place the handcuffs onto his wrists. The subject yelled attracting the attention of another park visitor that he knew. At the subjects request, this visitor took custody of the subjects dogs. The subject was transported to D-3 for processing. At the station he was identified as WASSERMAN, Micheal Francis dob: 03/24/65. A name check through US Park Police Communications revealed no wants or warrants. He was charged with Assault on a Police Officer and Dog at Large (X2). He was then transported to CCB for presentment on 02/21/05.

## 61. DEFENDANT'S VERSION / REMARKS

"I don't want to talk to you", "I don't have to talk to you" " This is a false arrest"

| RECORD CLERK'S NAME | | 3. | 5. | 64. PROPERTY BOOK/PAGE NO. PRISONER'S PROPERTY ONLY |
|---|---|---|---|---|
| 63. ARREST RECORD SUMMARY | 2. | 4. | 6. | |

BAIL REFORM ACT CASES:

| PRINTED NAME OFFICER MAKING STATEMENT | BADGE NUMBER | RANK | SIGNATURE OF REVIEWING OFFICIAL |
|---|---|---|---|
| D. Rodacker | 267 | Pvt | S/ |
| SIGNATURE OF OFFICER MAKING STATEMENT | UNIT  USPP D-3 | DATE  02/20/05 | UNIT  US Park Police    DATE 2/20/2005 |

CHECK LAST COPY FOR LEGIBILITY BEFORE TURNING IN REPORT