# Michael F. Wasserman v. United States of America, et al.
## Civil No. 06-1005 (RWR)

# Exhibit 2

```
       US DISTRICT COURT
        WASHINGTON, DC

      03/23/2005   4:02 PM

           Case #
         05CR00075

 USA v PERF C.C.        25.00
 ------------------     -----
 Total                  25.00

 Cash                   25.00
 ------------------     -----
   Change                0.00

 Apr 05  2005:PF  ACS.4557
           US Cases

    Please Save This Receipt.
```