# Michael F. Wasserman v. United States of America, et al.
## Civil No. 06-1005 (RWR)

# Exhibit 3

# Criminal Incident Record

**2 ORGANIZATION:** 3960  
**U.S. PARK POLICE** ☒  **JUVENILE CASE** ☐  
**3 SYSTEM AREA:** United States Park Police Rock Creek Park District 3  
**4 LOCATION CODE:** 3362  
**5 YEAR:** 06  
**CASE/INCIDENT NUMBER:** 01275-4  

**6 LOCATION OF INCIDENT:** Montrose Park  
**7 BEAT:** 313  
**8 WHEN DID IT OCCUR?** MO 04 / DAY 14 / YR 06  
**9 24 HOUR TIME:** HRS 09 MIN 08  
**10 DAY OF WEEK:** 6  

**11 OFFENSE/INCIDENT CODE:**  
**12 NATURE OF INCIDENT:** Leash Law - No arrest  
**13 WHEN RECEIVED:** DATE 4/14/06  TIME 0908  

## Complainant / Witness / Victim

**14 LAST:** Ofc. D. Brown  
**17 ADDRESS:** USPP D-3  
**18 PHONE BUSINESS:** 202-426-7716  

## Arrested / Suspect

**24 LAST:** Wasserman  **FIRST:** Michael  **MIDDLE:** Francis  
**27 ADDRESS:** 1030 Barton Street, Arlington, VA 22204  
**28 PHONE RESIDENCE:** 703-521-3728  
**29 RACE:** White  **30 SEX:** Male  **31 AGE:** 41  **32 HGT:** 5'9"  **33 WGT:** 155  **34 EYES:** Brown  **35 HAIR:** Brown  **36 HAIR LENGTH:** Short  **37 HAIR STYLE:** Straight  **38 FACIAL HAIR:** None  
**42 COAT/JACKET:** Gray  **44 TROUSERS/SKIRT:** beige pants  **45 SHOES:** Gray  

## Narrative

On April 14, 2006 at approximately 0908 hours while performing security checks in Montrose Park Michael Francis WASSERMAN was issued a Citation for Dogs At Large, 18-2 24 DCMR 900.2, 900.9. and left the scene without incident.

Time Cleared: 0925 hours.

**95 STATUS:** CLOSED BY ☒ EXCEPTION  
**97 REPORTING OFFICER:** Debyn Brown  **BADGE/ID:** 0081  **DATE:** 4/15/06  
**99 SUPERVISOR:** (signature)  **BADGE/ID:** 1041  **DATE:** 05/26/0

FORM 10 344B (3/83)
UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE
SUPPLEMENTAL CRIMINAL INCIDENT RECORD

Case 1:06-cv-01005-RWR    Document 17-4    Filed 07/17/2006    Page 3 of 3

1 JUVENILE CASE ☐
2 SYSTEM AREA: United States Park Police District 3
3 WHEN DID IT OCCUR? MO 04 DAY 14 YR 06
4 YEAR 06 CASE/INCIDENT NUMBER 012754

**5 NATURE OF INCIDENT:** Leash Law - no arrest
**6 RECLASSIFICATION OF INCIDENT:**

**7 RESULTS OF INVESTIGATION**

On April 14, 2006 at approximately 0908 hours while performing security checks in Montrose Park, I observed several individuals with dogs off leash. I made contact with each individual. The above individual was identified by his VA driver's license as Michael Francis WASSERMAN. WASSERMAN stated "That isn't a real law, and I am currently in litigation to change that." I informed WASSERMAN that I was issuing him a citation. As I was requesting information needed for the citation, and report, WASSERMAN was very combative and belligerent. When asked for his social security number WASSERMAN stated "You do not have the authority to ask me for my social security number." WASSERMAN added "Why don't you go fuck yourself?" I requested for assistance from another officer through U.S. Park Police communication section. I stated to WASSERMAN that he had the option of complying with my request or being arrested. WASSERMAN attempted to walk in the opposite direction, when I ordered him to stop. WASSERMAN stopped. I ordered him to put his hands behind his back, at which time I put him in handcuffs in order to detain him. I asked him to sit on a picnic bench, in which he complied, and gave me the information needed to issue a citation. At this time Sgt. Lachance responded to the scene to assist me. A check of WASSERMAN through US. Park Police communications section for want/warrants proved negative.

WASSERMAN calmed down and stated he understood that he was being issued a citation for Dogs At Large, 18-2 24 DCMR 900.2, 900.9. and left the scene without incident.

Time Cleared: 0925 hours.

---

**8 WARRANT(S):** ☐ YES ☐ NO
**9:** ☐ LATENTS ☐ PHOTOS
**10 ID TECH NOTIFIED:**
**11 INVESTIGATOR NOTIFIED:**
**12:** PAGE 2 OF 2 PAGES
**13 STATUS:** ☐ OPEN ☐ SUSPENDED ☐ CLOSED BY ☐ ARREST ☒ EXCEPTION ☐ UNFOUNDED
**14 REPORTING OFFICER:** Ofc. D. Brown  **BADGE/ID:** #81  **DATE:** 04/15/06
**15 INVESTIGATOR:** BADGE/ID  DATE
**16 SUPERVISOR:** [signature]  **BADGE/ID:** 1045  **DATE:** 05/26/06