# Michael F. Wasserman v. United States of America, et al.
## Civil No. 06-1005 (RWR)

# Exhibit 4

# METROPOLITAN POLICE DEPARTMENT
## Washington, D.C.
### ARREST/PROSECUTION REPORT

P.D. 163 Rev. 6/94    G.O 401.5

| Field | Value |
|---|---|
| 1. PERSON NOTIFIED OF NAME CHANGE | |
| 2. ID NUMBER | |
| 3. DEFENDANT'S TRUE NAME | |
| 4. CfO NUMBER | |
| 5. UNIT-ARREST NO. | 530600353 |
| 6. DEFENDANT'S NAME | Wasserman, Michael Francis |
| 7. DEA LAB NUMBER | |
| 8. Arresting Officer's Name | Brown, D |
| Rank | Pvt |
| Badge # | 81 |
| Agency | USPP |
| 9. TYPE OF RELEASE | |
| 10. NICKNAME / ALIAS | |
| 11. PHONE NUMBER | 703.521-3728 |
| 12. COURT DATE | 7/6/06 |
| 13. ADDRESS | 1030 S. Barton St. Arlington, VA 22204 |
| 14. TIME IN D.C. | 13 years |
| 16. SEX | M |
| 17. RACE | W |
| 18. BIRTHDATE | (redacted) |
| 19. SOCIAL SECURITY NUMBER | (redacted) |
| 21. HEIGHT | 5'9 |
| 22. WEIGHT | 155 |
| 23. HAIR | BRO |
| 24. EYES | BRO |
| 25. COMPLEX | Light |
| 27. BIRTHPLACE | NY |

| 40. LOCATION OF OFFENSE | Montrose Park |
|---|---|
| 41. LOCATION OF ARREST | 960 Ohio Dr SW |
| DATE OF OFFENSE | 4-14-06 |
| TIME OF OFFENSE | 0908 |
| DATE OF ARREST | 4-29-06 |
| TIME OF ARREST | 0945 |

### 49. CHARGES

| # | CHARGES | NOI OR WARRANT NUMBER | CCN | MPD DISPOS. |
|---|---|---|---|---|
| 1 | Dog At Large | 5589 | 12754 | 61-D |

PAGE 1    REVERSE CARBON AND FILL IN REVERSE SIDE OF THIS FORM

| | | | | | |
|---|---|---|---|---|---|
| FROM - DATE - TO | | 55. EMPLOYMENT HISTORY (List present employment if any, on Line 1) | | | |
| | | EMPLOYER | ADDRESS | BUS. PHONE | OCCUPATION |
| 1. | | | | | |
| 2. | | | | | |

56. NAMES OF LIVING FAMILY, RELATIVES, FRIENDS AND ASSOCIATES (Begin with immediate family)

| RELATIONSHIP | DOB/AGE | NAME - LAST, FIRST, M.I. | ADDRESS - STREET, CITY, STATE, ZIP CODE | PHONE NUMBER |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

57. MILITARY SERVICE: BRANCH/DATE FROM - TO

58. TELEPHONE CALL MADE ☐ Yes ☐ No ☐ Refused   59. PHONE NUMBER

60. STATEMENT OF FACTS: (Give a brief statement in your own words, of the facts surrounding the offense and the arrest. Use Continuation Form PD 202A for additional space. Note present condition of any injured person(s). Do not give Witnesses' Names or Addresses. REFER to them as W1 or W2, etc as indicated in Item 31.)

On April 14, 2006 ofc Brown observed Wasserman, Michael Francis with his Dog at Large in Montrose Park. On April 29, 2006 Wasserman stated he wanted to pay a ticket. When I went to the door Wasserman handed me two 20 dollar bills and again stated he wanted to pay his ticket. After processing the ticket I took 15 dollars and a receipt to Wasserman. Wasserman then became very upset and stating in a very loud manner I never agreed to forfeit I want to get a court date. While trying to explain that I could do that Wasserman became very red in the face shouted I want a supervisor. Spit was coming out of his mouth. As I walked off to get Sgt. Hofflinger Wasserman yelled "Bitch". Wasserman was issued a court date for July 6, 2006

61. DEFENDANT'S VERSION / REMARKS: (What did defendant say about the offense or his/her whereabouts at the time of offense? (Use PD 118 for defendant's written statement.))

62. RECORD CLERK'S NAME

63. ARREST RECORD SUMMARY: 1. 2. 3. 4. 5. 6.

64. PROPERTY BOOK/PAGE NO. PRISONER'S PROPERTY ONLY

65. BAIL REFORM ACT CASES: Was a statement made by defendant in reference to his/her failure to appear? ☐ Yes ☐ No (If yes, include in Defendant's Version/Remarks Section above.)

66. PRINTED NAME - OFFICER MAKING STATEMENT: Ofc C. L. Evans
BADGE NUMBER: 549
RANK: Pvt
68. SIGNATURE OF REVIEWING OFFICIAL

67. SIGNATURE OF OFFICER MAKING STATEMENT
UNIT: USPPD1   DATE: 4-29-06
UNIT: D-1   DATE: 4/29/06

CHECK LAST COPY FOR LEGIBILITY BEFORE TURNING IN REPORT