**Michael F. Wasserman v. United States of America, et al.**
Civil No. 06-1005 (RWR)

**Exhibit 5**

FORM 10-344B (3/83)

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

## SUPPLEMENTAL CRIMINAL INCIDENT RECORD

1 JUVENILE CASE ☐

| 2 SYSTEM AREA | 3 WHEN DID IT OCCUR? | MO. | DAY | YR | 4 YEAR | CASE/INCIDENT NUMBER |
|---|---|---|---|---|---|---|
| U. S. Park Police District 3 | | 04 | 29 | 06 | 06 | 012754 |

5 NATURE OF INCIDENT: Leash Law Violation - DCMR Issued

6 RECLASSIFICATION OF INCIDENT:

**7 RESULTS OF INVESTIGATION**

On April 29, 2006, I was assigned to cover the desk at District One as the 100 officer. At approximately 0945 hours Michael Francis Wasserman rang the buzzer outside the visitors door. I asked Mr.. Wasserman how I could help him and he stated "I want to pay my ticket". I responded to the door and Mr. Wasserman handed me two twenty dollar bills and again stated "I want to pay for my ticket". Mr. Wasserman had been issued a ticket for Dog off Leash by Ofc. Brown and carried a fine of $25.00.

After I processed the ticket I returned to the door with $15.00 change and a receipt. As I handed Mr. Wasserman his change and the receipt he became very hostile and began yelling that he did not want to pay the ticket he wanted a court date. While trying to explain to Mr. Wasserman that I had misunderstood him and that I could easily go back and get him a court date he became very red in the face. Before I could finish explaining what I could do to fix the problem he started yelling again "I want to talk to a supervisor". Spit was coming out of his mouth and he was making agitated movements with his arms.

I told Mr. Wasserman that I would get a supervisor and closed the door. As I walked away Mr. Wasserman yelled "BITCH". Sgt. Hofflinger went to the door and had a conversation with Mr. Wasserman while I went to the back office to issue him a court date. Mr. Wasserman was issued a court date of July 6, 2006. Ofc. Powell assisted me by giving Mr. Wasserman his paperwork for his court date.

| WARRANT(S) ☐ YES ☐ NO | 9 ☐ LATENTS ☐ PHOTOS | 10 ID TECH NOTIFIED | 11 INVESTIGATOR NOTIFIED | 12 PAGE OF PAGES |
|---|---|---|---|---|
| 13 STATUS: ☐ OPEN  ☐ SUSPENDED | | CLOSED BY: ☐ ARREST  ☐ EXCEPTION  ☐ UNFOUNDED | | |

| 14 REPORTING OFFICER | BADGE/ID | DATE | 15 INVESTIGATOR | BADGE/ID | DATE | 16 SUPERVISOR | BADGE/ID | DATE |
|---|---|---|---|---|---|---|---|---|
| C. L. Evans | 549 | 7/1/06 | | | | | | |

* U.S.GPO: 1992-0-625-524/41193