# Michael F. Wasserman v. United States of America, et al.
## Civil No. 06-1005 (RWR)

# Exhibit 6

FORM 10-344B (2/83)

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

## SUPPLEMENTAL CRIMINAL INCIDENT RECORD

1 JUVENILE CASE ☐

| 2 SYSTEM AREA | 3 WHEN DID IT OCCUR? | MO | DAY | YR. | 4 YEAR | CASE/INCIDENT NUMBER |
|---|---|---|---|---|---|---|
| U.S. Park Police - District 3 | | 04 | 29 | 06 | 06 | 01254 |

| 5 NATURE OF INCIDENT | 6 RECLASSIFICATION OF INCIDENT |
|---|---|
| Leash Law Violation - DCMR Issued | |

**ITEM** | **7 RESULTS OF INVESTIGATION**

On April 29, 2006, I was the shift supervisor for the Central District station. During my scheduled tour of duty, I had the occasion to interact with an individual who was later identified as Michael Francis WASSERMAN. WASSERMAN came to the Central District station to deal with a DCMR issued to him by Ofc. Debyn Brown of the Rock Creek station. WASSERMAN was initially met by the Desk Officer, Ofc. Christina Evans. Ofc. Evans came to me to tell me that she was having difficulty with WASSERMAN.

Ofc. Evans advised me that WASSERMAN told her that he wanted to deal with his DCMR. WASSERMAN gave Ofc. Evans his copy of the DCMR for the violation of "Dog at Large" and a quantity of U.S. Currency. Ofc. Evans processed the DCMR as a "Forfeit" because WASSERMAN had given her the collateral for the fine and did not state that he wanted a court date. When Ofc. Evans returned to the front door and gave WASSERMAN his receipt and change for the violation, he began yelling and saying that he did not want to pay the fine and that he wanted a court date to contest the violation. After his verbal attack, Ofc. Evans asked me to talk to WASSERMAN. Ofc. Evans also told me that WASSERMAN had called her a "bitch" during the verbal tirade.

I went to the front lobby to speak with WASSERMAN. I asked him if he was okay and if he had any troubles that I could assist him with. WASSERMAN became loud and confrontational by saying he did not want to "forfeit" and wanted to take the case to court. I explained to WASSERMAN that it was simple to change the disposition of the case so he could go to court. I told WASSERMAN that it was inappropriate for him to yell and scream at me or any Officers under my supervision. I asked WASSERMAN if he had called Ofc. Evans a "bitch" and he responded "I said it under my breath... she wasn't supposed to hear it." I again advised him that it was inappropriate to use profanity and yell at my Officers. WASSERMAN retorted that he could say anything that he wanted because it was his First Amendment right to free speech and if he wanted to use profanity he could. I told WASSERMAN that the District of Columbia has a law that prohibits crude and profane language and that his actions were inappropriate at the substation.

I left WASSERMAN in the front lobby of the station and asked Ofc. Joshua Powell to assist Ofc. Evans until he was gone.

| 8 WARRANT(S) ☐ YES ☐ NO | 9 ☐ LATENTS ☐ PHOTOS | 10 ID TECH NOTIFIED | 11 INVESTIGATOR NOTIFIED | 12 PAGE OF PAGES |
|---|---|---|---|---|

| 13 STATUS: | ☐ OPEN | ☐ SUSPENDED | CLOSED BY: | ☒ ARREST | ☐ EXCEPTION | ☐ UNFOUNDED |
|---|---|---|---|---|---|---|

| 14 REPORTING OFFICER | BADGE/ID | DATE | 15 INVESTIGATOR | BADGE/ID | DATE | 16 SUPERVISOR | BADGE/ID | DATE |
|---|---|---|---|---|---|---|---|---|
| J. HOFFLINGER | 854 | 6/2/06 | | | | | | |