# Michael F. Wasserman v. United States of America, et al.
# Civil No. 06-1005 (RWR)

# Exhibit 7

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE
UNITED STATES PARK POLICE

Arrest Book No. 530600353
PDID No. or DOB _____
Officer/Badge/Unit _____

# CITATION TO APPEAR

To: _Casserman Michael Francis_
(Name of Arrestee: First, Middle, Last)

You have been arrested and charged with the following criminal offenses:
_Dog At Large    05589_
List arrest charge(s) and applicable CCR or NOI number(s)

You are being released from police custody upon your promise that you will appear, as further specified below, in the Superior Court of the District of Columbia (500 Indiana Avenue, NW.) on _7/6/06_ to answer to these charges.
(Court date)

☒ You are to report to Courtroom 115 at 8:30 a.m. (Traffic & D.C. Office of the Attorney General).

☐ You are to report to Courtroom C-10 at 10:30 a.m. (U.S. Attorney's cases).

☐ You are to report to Courtroom 115 at 8:30 a.m. and you are to report to Courtroom C-10 at 10:30 a.m. (Traffic, DC, and USAO cases)

I acknowledge receipt of this Citation to Appear and promise to appear in court as directed. I understand that if I fail to appear, a warrant will be issued for my arrest and that if I am charged and convicted of failing to appear, I could be fined and imprisoned for up to 180 days.

_____     4/29/06
Signature of arrested person        Date

Issued by: Acting Clerk, Superior Court of the District of Columbia

_____ #549 USPP D-1
Signature of Station Clerk, Badge No, & Unit

Original: Prosecutor       White: Defendant       Yellow: Applicable District file

USPP Form 18 (Rev. 5/05)                        GPO U S GOVERNMENT PRINTING OFFICE: 2005-717-240