# Michael F. Wasserman v. United States of America, et al.
## Civil No. 06-1005 (RWR)

# Exhibit 8

# UNITED STATES DEPARTMENT OF THE INTERIOR
## NATIONAL PARK SERVICE
### CRIMINAL INCIDENT RECORD

U.S. PARK POLICE ☒
1 JUVENILE CASE ☐

| Field | Value |
|---|---|
| LOCATION CODE | 3960 |
| LOCATION OF INCIDENT | Rock Creek Park / Montrose Park |
| BEAT | 313 |
| WHEN DID IT OCCUR? | 05/29/06 |
| 24 HOUR TIME | 0810 |
| LOCATION CODE (4) | 3360 |
| YEAR | 06 |
| CASE/INCIDENT NUMBER | 019167 |
| DAY OF WEEK | 2 |
| NATURE OF INCIDENT | DCMR/ Dog Off Leash No arrest |
| WHEN RECEIVED DATE | 5/29/06 |
| TIME | 0810 hrs |

**Complainant/Witness/Victim:**
- LAST: Fuller, G.
- ADDRESS: D3
- PHONE BUSINESS: 202-426-7716
- CW: X

**Arrested/Suspect:**
- LAST: WASSERMAN
- FIRST: MICHAEL
- MIDDLE: FRANCIS
- ADDRESS: 1030 Barton Street, Arlington, Va 22204
- RACE: W
- SEX: M
- AGE: 41
- HGT: 5-9
- WGT: 155
- EYES: Brown
- HAIR STYLE: bald
- SHIRT: Maroon
- TROUSERS: green shorts
- SHOES: Brown

## NARRATIVE

On Monday May 29 2006, at about 8:10 am, I was checking Montrose Park. WASSERMAN's black dog started running towards me barking and growling at me. I informed WASSERMAN that his dog should be on a leash at all times while in the park. There are signs posted with a picture of a person with his dogs on a leash and the person holding the leash. The sign says "Keep Pets on Leash." The sign is located at the entrance of Montrose Park.

WASSERMAN was issued a DCMR

Cleared at 8:27 am

**STATUS:** CLOSED BY: ☒ EXCEPTION

**REPORTING OFFICER:** G. Fuller   BADGE/ID: 263   DATE: 5/29/06
**ASSISTING OFFICER:** D. Brown   BADGE/ID: 81
**SUPERVISOR:** (signature)   DATE: 6/8/(?)