# Michael F. Wasserman v. United States of America, et al.
## Civil No. 06-1005 (RWR)

# Exhibit 9

# DISTRICT OF COLUMBIA

## vs.
## Michael Francis WASSERMAN

Officer Denise Rodacker personally appeared, this 21th day of February, 2005, and made oath before me that the facts set forth in the statement are true, and/or are based upon information received that he/she believes to be true, and that these events occurred in the District of Columbia.

On February 20, 2005 at 0752 hours while patrolling through Montrose Park, I observed two dogs running at large. I observed a white male wearing a blue knit hat and tan jacket standing in near proximity to the dogs. This same male subject glanced in my direction and turned down a walking path at the tree line located at the rear of the park. The two dogs followed with him. I proceeded down the walking path behind the subject. The subject had walked very fast creating a distance of about 100 feet; I had to run in order to get closer to the subject. I called out to the subject asking him to stop. The subject continued walking away from me calling out over his shoulder "I don't want to talk to you!" At this point, I demanded he stop to address with me his two dogs that were running at large. The subject shouted "I don't have to talk to you" as he continued to walk briskly away from me. I again demanded he "Stop now". The subject failed to stop; at this point I had come within arms reach and took a hold of his left upper arm. The subject attempted to wrench himself away from me. I advised him he was under arrest and forced the subjects left arm behind his back in a compliance hold. At this point I was able to place the handcuffs onto his wrists. The subject yelled attracting the attention of another park visitor that he knew. At the subjects' request, this visitor took custody of the subjects dogs.

The subject was transported to D-3 for processing. At the station he was identified as WASSERMAN, Michael Francis dob: █████ A name check through US Park Police Communications revealed no wants or warrants. He was charged with Assault on a Police Officer and Dog at Large (X2). He was then transported to CCB for presentment on 02/21/05.

OFFICER

ASSISTANT CORPORATION COUNSEL ATTNY
DISTRICT OF COLUMBIA      General

* Oath administered pursuant to
  D.C. Code Section 1-363 (1981).