# Michael F. Wasserman v. United States of America, et al.
## Civil No. 06-1005 (RWR)

# Exhibit 10

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Criminal Division

DISTRICT OF COLUMBIA      :
                          :    Case No: D-339-05
v.                        :    Closed Case
                          :    Judge Doyle
MICHAEL F. WASSERMAN      :

## AFFIDAVIT

This is the affidavit of Michael F. Wasserman, D.O.B. March 24, 1965, 1030 South Barton Street, Arlington, Virginia, in relation to case number D-339-05.

1. On February 20, 2005, at approximately 7:55 a.m., I was walking my two dogs in Montrose Park, located on the North side of the 3000 block of R Street, N.W., Washington, D.C. The dogs were under my immediate control.

2. From behind me, I heard a woman call, "Sir! Sir!" When I turned, I saw a police officer, who I later learned was Private Denise Rodacker of the United States Park Police. Officer Rodacker was standing about fifty feet behind me.

3. When I turned, she asked whether I "could" or "would" "answer some questions" for her. I stated that I did not have to answer any of her questions. I then continued walking.

4. When I continued walking, Officer Rodacker asserted that I was in fact obliged to answer her questions, although she did not give any authority for her assertion, nor did she state what the occasion was for her questions nor what the nature of the questions would be. I continued to assert that I was then and there free to go on about my business. That exchange continued back and forth for approximately thirty seconds or a minute. At no time prior to arresting me did she state that she was charging me with a violation of any law.

5.  During the foregoing exchange, I had continued walking with my dogs while Officer Rodacker ran to catch up with me. When Officer Rodacker caught up with me, she placed her hand on my left shoulder. When I felt her hand on my shoulder, I stopped walking and stood still, facing away from her in the direction of my former travel. I made no other motion.

6.  At about that time, I verbally informed Officer Rodacker that dog at large was not an arrestable offense in the District of Columbia.

7.  Officer Rodacker took hold of one of my arms, twisted it behind my back, and pushed it upward to point where I felt pain in my shoulder. She then handcuffed me. She did not ask me any questions. She did not state why I was being arrested. When I inquired, she first said that I was under arrest for resisting arrest. Despite my inquiry, she did not explain at that time in what way I had resisted arrested. Later, after she had booked me at the station house and before she took me to the Central Cell Block, she stated to me that I had committed an assault on her in violation of D.C. Code § 22-405 (2001), because I had "opposed" or "impeded" her by not stopping to answer her questions in response to her request.

8.  As Officer Rodacker handcuffed and frisked me, I saw two of my friends, Richard Fletcher and James Ryan, and called them over to be witnesses to the arrest.

9.  At no time did I offer any violence or physical resistance to Officer Rodacker or to any other person. At no time did either of my dogs or any other person or animal offer any violence or resistance to Officer Rodacker.

10. Having served as an Assistant Corporation Counsel in the Appellate Division of the District of Columbia Office of Corporation Counsel from April 2002 to May 2004, I knew that under D.C. Code § 22-405(a) (2001), since 1970 the illegality of an arrest has not been a justification for assaulting a police officer or resisting arrest. I had in fact discussed that very

provision within the previous year in a brief I filed on behalf of the District of Columbia in the case of *Evans-Reid v. District of Columbia*, No. 00-CV-1083 (currently pending decision), at page 19 and note 29.

11. After arresting me, Officer Rodacker escorted me to her squad car, placed me in it and drove me to the Rock Creek station house, where I was processed. Before we arrived at the station, the only questions Officer Rodacker asked me were, first, whether I had any weapons on my person, which I denied, and second, whether I wanted my friends to take charge of my dogs, to which I assented.

I wrote this three-page affidavit and I affirm under penalty of perjury that it is true.

_____
Michael F. Wasserman

SUBSCRIBED AND AFFIRMED before me this 20th day of September, 2005.

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this 20th day of September, 2005
by Wasserman Michael Francis
_____
Notary Public, D.C.

Chang Ho Choi
Notary Public District of Columbia
My Commission Expires 1/14/09

3