# Michael F. Wasserman v. United States of America, et al.
## Civil No. 06-1005 (RWR)

# Exhibit 11

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

Michael F. Wasserman
1030 S. Barton St. No. 279
Arlington, VA 22204

vs.

Denise Rodacker
1100 Ohio Drive S.W.
Washington, DC 20242

Civil Action No. _____

JURY TRIAL DEMANDED

RECEIVED
Civil Clerk's Office
FEB 21 2006
Superior Court of the
District of Columbia
Washington, D.C.

## COMPLAINT

(Assault, Battery, False Imprisonment, Malicious Prosecution
and Violation of the Constitution of the United States)

1. Jurisdiction of this court is founded on D.C. Official Code Sec. 11-921.

2. On February 20, 2005, in a public park called Montrose Park in the District of Columbia defendant, acting under color of law but without actual or lawful authority, intentionally, maliciously and without privilege assaulted, battered and imprisoned plaintiff against the laws of the said District and the Constitution of the United States.

3. Defendant maliciously and without probable cause complained against plaintiff and caused a criminal prosecution to be instituted against plaintiff.

4. The criminal prosecution instituted against plaintiff was resolved favorably to plaintiff without an adjudication of guilt.

5. As a result plaintiff was imprisoned for over thirty hours, suffered great pain of body and mind, was prevented from transacting his business at divers times and incurred expenses of counsel and other legal costs and court fees.

WHEREFORE plaintiff demands judgment against defendant in the sum of ten thousand ollars and costs.

Respectfully submitted,

*/s/ Michael F. Wasserman*

Michael F. Wasserman
Plaintiff, *pro se*
1030 S. Barton St. Unit 279
Arlington, VA 22204
(703) 521-3728
michael.wasserman@verizon.net

## JURY DEMAND

Plaintiff demands trial by a jury of twelve persons.