UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael F. Wasserman

    vs.                        Civil Action No. 1:06-cv-01005-RWR

Denise Rodacker.

**ORDER**

Upon consideration of plaintiff's Motion for Ruling on Whether Defendants' Motion to Dismiss Will Be Converted to a Motion for Summary Judgment, the points and authorities in support thereof and any opposition thereto, it is hereby

ORDERED that the motion is GRANTED. It is further

ORDERED that Defendants' Motion to Dismiss is hereby converted to a motion for summary judgment. It is further

ORDERED that within 11 days of this Order, defendant Rodacker shall file a statement of facts as to which she contends there is no genuine issue, conforming to the requirements of Local Rules 7(h) and 56.1. It is further

ORDERED that within 11 days of service of defendant Rodacker's statement of facts as to which there is no genuine issue, plaintiff shall either (1) file a motion to strike materials plaintiff contends are not properly considered in support of summary judgment or (2) file an opposition to defendant Rodacker's motion for summary judgment. It is further

ORDERED that if plaintiff has filed a motion to strike, then plaintiff shall file an opposition to defendant Rodacker's motion for summary judgment within 11 days after the disposition of the motion to strike. It is further

ORDERED that defendant Rodacker shall file a reply, if any, within 5 days after service of plaintiff's opposition.

SIGNED this _____ day of _____, 2006.

                                                        _____
                                                        **RICHARD W. ROBERTS**
                                                        United States District Judge