UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael F. Wasserman

    vs.                    Civil Action No. 1:06-cv-01005-RWR

Denise Rodacker.

## ORDER

Upon consideration of plaintiff's Motion for an Enlargement of Time in Which to Oppose Defendants' Motion to Dismiss, the points and authorities in support thereof and any opposition thereto, it is hereby

ORDERED that the motion is GRANTED. It is further

ORDERED that plaintiff's time for filing an opposition to Defendants' Motion to Dismiss (Docket #17) is hereby enlarged to that specified by the court in its disposition of plaintiff's Motion for Ruling on Whether Defendants' Motion to Dismiss Will Be Converted to a Motion for Summary Judgment (Docket #18).

SIGNED this ____ day of _____, 2006.

_____
RICHARD W. ROBERTS
United States District Judge