UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael F. Wasserman

    vs.                      Civil Action No. 1:06-cv-01005-RWR

Denise Rodacker, *et al*.

## ORDER

Upon consideration of plaintiff's Motion to Strike Exhibits Numbered 1 Through 8 Attached to Defendants' Motion to Dismiss (Docket #17), the points and authorities in support thereof and any opposition thereto, it is hereby

ORDERED that the motion is GRANTED. It is further

ORDERED that the court hereby STRIKES from the record the exhibits numbered 1 through 8 attached to Defendants' Motion to Dismiss. It is further

ORDERED that the CLERK WILL MAKE INACCESSIBLE TO THE PUBLIC the exhibits numbered 3 through 8 attached to Defendants' Motion to Dismiss.

SIGNED this ____ day of _____, 2006.

_____
RICHARD W. ROBERTS
United States District Judge