In the United States District Court for the District of Columbia

*Michael F. Wasserman v. Denise Rodacker*

# Case 1:06-cv-01005-RWR

**Plaintiff's Motion for Sanctions for Contentions Made in Support of Defendant's Motion to Dismiss**

# Exhibit B

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CRIMINAL DIVISION

| UNITED STATES OF AMERICA | * Criminal No. D 339-05 |
| --- | --- |
| | * |
| v. | * Magistrate Judge J. Dennis Doyle |
| | * |
| MICHAEL F. WASSERMAN | * |

ORDER

Upon consideration of the Defendant's Motion to Seal All Records Relating to Arrest Record, filed on September 20, 2005, it is by the Court on this 5̶ ~~1̶2̶~~ day of ~~October~~ December 2005 hereby

ORDERED that pursuant to Super. Ct. Crim. R. 118 (a), the government shall have **no later than 60 days** to file its response to the Defendant's motion.

J. DENNIS DOYLE
MAGISTRATE JUDGE

SIGNED IN CHAMBERS

A TRUE COPY
TEST: 12/21/05

Clerk, Superior Court of the
District of Columbia

By _A. McLaurin_
Deputy Clerk

Copies to:

Carolyn Kolben, Esq.
Assistant United States Attorney
Special Proceedings Section
Judiciary Center, Room 10-441
555 Fourth Street, N.W.
Washington, D.C. 20530

Office of the Attorney General
441 4th St., N.W., Suite 450-N
Washington, D.C. 20001

Michael F. Wasserman
1030 South Barton St., # 279
Arlington, VA 22204