UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL F. WASSERMAN,            ) | |
|                 Plaintiff,        ) | |
|          v.                        ) | Civil Action No. 06-1005 (RWR) |
| DENISE RODACKER, et al.           ) | |
|                 Defendants.    ) | |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE EXHIBITS**

In this action, plaintiff claims that United States Park Police Officer Denise Rodacker, while acting under color of law, "assaulted, battered and imprisoned [him] against the laws of the . . . District [of Columbia] and the Constitution of the United States." Complaint, ¶ 2. Plaintiff's claims are without merit. Plaintiff did not allege the timely exhaustion of administrative remedies in order to pursue a claim under the Federal Tort Claims Act thereby depriving the Court of jurisdiction over the common law claims. Further, with respect to the constitutional claims, Officer Rodacker is entitled to qualified immunity for actions taken in her individual capacity. See Defendant's Motion to Dismiss, Docket Entry No. 17.

Defendant moved to dismiss plaintiff's action, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted. The Court issued an order treating defendant's motion as one for summary judgment. See Court Order, dated August 10, 2006. Docket Entry No. 20. Plaintiff now argues that Exhibits 1 though 8 should be stricken because (1) the motion attached documents outside of the pleadings; (2) the documents are irrelevant to this action. See

Plaintiff's Motion to Strike Exhibits, Docket Entry No 22. Plaintiff's arguments must fail.

In light of the Court's August 10 order, defendants' exhibits may properly be considered as support for summary judgment. In that connection, defendants are submitting the Declaration of Peter Gentile, attached hereto as Exhibit A ("Gentile Decl.") to verify the authenticity of Exhibits 1 and 3 through 8.

Peter Gentile is an Investigator Claims Specialist with the National Park Service, National Capital Region and United States Park Police, United States Department of the Interior. Gentile Decl. ¶ 2. Mr. Gentile has been in this position since March 12, 2001. Prior to that, he was a Lieutenant with the United States Park Police Criminal Investigations Branch. Id. ¶ 3. Mr. Gentile is "intimately familiar with the reports and records pertaining to criminal arrests, citations, and investigations[] kept and maintained by the United States Park Police." Id. ¶ 4. Mr. Gentile examined Exhibits 1 and 3 through 8 and declared that they "are official law enforcement documents . . . maintained by the United States Park Police in the ordinary course of business." Id. ¶5.

Exhibit 2 is a copy of a Post and Forfeit receipt from the District of Columbia Superior Court. This document was sent to defendant's counsel by plaintiff, and there should not be a question as to its authenticity.

Defendants also are submitting herewith a Statement of Material Facts pursuant to L.Civ.R. 7(h) and 56(e). Therefore, because there are no material facts in dispute and defendants are entitled to judgment as a matter of law, defendants respectfully request that this Court deny plaintiff's Motion to Strike and grant summary judgment in defendants' favor.

Respectfully submitted,


/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


/s/
MARIAN L. BORUM,  D.C. Bar #435409
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-6531

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 31st day of August, 2006, service of the foregoing was made by mailing copies thereof to:

> Michael F. Wasserman
> 9355 Tovito Drive
> Fairfax, Virginia 22031-3824

        /s/
        MARIAN L. BORUM
        Assistant United States Attorney
        Judiciary Center Building
        555 4th Street, N.W. – Civil Division
        Washington, D.C. 20530