UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL F. WASSERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1005 (RWR) |
| | ) |
| DENISE RODACKER, et al. | ) |
| | ) |
| Defendants. | ) |

## STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE

Pursuant to LCvR 7.1(h), Defendants respectfully submit this statement of material facts as to which there is no genuine dispute. The attached declaration of Peter Gentile, Investigator-Claims Specialist, with the National Park Service, National Capital Region and United States Park Police, United States Department of the Interior ("Gentile Decl.") (Exhibit A attached hereto), supports this statement.

1. On February 20, 2005, United States Park Police ("USPP") Officer Denise Rodacker was on routine patrol in Montrose Park, in the northwest quadrant of Washington, D.C. See Defendants's Motion for Summary Judgment at 3.

2. While on patrol, Officer Rodacker observed two dogs running without leashes in violation of District of Columbia Municipal Regulation §24-900.3. Id. at 4. The individual who was with the dogs was plaintiff. Id.

3. Officer Rodacker called out for plaintiff to stop. Id. He did not. Id. Officer Rodacker reached out and took hold of his left upper arm. Id. Plaintiff attempted to pull his arm out of the grip of Officer Rodacker. Id.

4. Officer Rodacker placed plaintiff under arrest for violating D.C. Municipal Regulation 24-900.3, "Dogs Off Leash," and D.C. Code §22-405, "Assault on a Police Officer." Id. He was transported to United States Park Police District 3, Rock Creek Park Substation, for processing. Id. at 5.

5. On February 21, 2005, plaintiff appeared for presentment before a District of Columbia Magistrate Judge. He was arraigned on two counts of "Dogs Off Leash," in violation of 24 D.C.M.R. § 900.3. See id. at 5.

6. On May 23, 2005, plaintiff entered into an agreement with the District of Columbia Attorney General's Office in which plaintiff posted a security and forfeited his right to seek adjudication on the Dog Off Leash charges which were instituted against him by Officer Rodacker. Id.

7. Plaintiff did not file his complaint in Superior Court until February 21, 2006. See Complaint.

8. On April 14, 2006, plaintiff again was observed with a dog off leash in violation of 24 D.C.M.R. § 900.3, and was issued a citation. See Defendants' Motion for Summary Judgment at 6.

9. On May 29, 2006, plaintiff again was observed by a United States Park Police Officer with a dog off leash in violation of 24 D.C.M.R. § 900.3, and was issued a citation. See Defendant's Motion for Summary Judgment at 7.

10. Pursuant to the Federal Tort Claims Act unless a claimant first presents a claim to the appropriate Federal agency, an action shall not be instituted. 28 U.S.C. § 2675(a). Plaintiff did not file a claim withe the United States Park Police. See Complaint.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


/s/
MARIAN L. BORUM,  D.C. Bar #435409
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 514-6531