IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL FRANCIS WASSERMAN )
)
)
Plaintiff, ) Civil Action No. 06-1005 (RWR)
)
v. )
)
DENISE RODACKER, et.al. )
)
Defendants. )

## DECLARATION OF PETER GENTILE

I, PETER GENTILE, make this declaration in lieu of an affidavit pursuant to 28 U.S.C. §1746. I am aware that this declaration may be filed in the United States District Court for the District of Columbia and that it is the legal equivalent of a statement under oath.

1. I am an Investigator-Claims Specialist with the National Park Service, National Capital Region and U.S. Park Police, United States Department of the Interior, 1100 Ohio Drive, SW., Washington, D.C. 20242. I have been so employed since March 12, 2001.

2. In this capacity, I process, investigate, and maintain records of all claims filed with the National Park Service, National Capital Region and U.S. Park Police, under the provisions of the Federal Tort Claims Act. I have access to, and routinely utilize the U.S. Park Police records database in connection with my position as Investigator-Claims Specialist.

3. Prior to March 12, 2001 I was employed by the U.S. Park Police as a duly sworn and commissioned law enforcement officer and retired March 11, 2001 as a Lieutenant with the U.S. Park Police Criminal Investigations Branch.

4. As part of my duties I was responsible for maintaining criminal investigation files and reports. I am intimately familiar with reports and records pertaining to

criminal arrests, citations, and investigations, kept and maintained by the U.S. Park Police.

5. I have examined the records submitted as Exhibits 1, 3, 4, 5, 6, 7, and 8 in support Defendant's Motion to Dismiss, filed July 31, 2006. These documents are official law enforcement documents, and are maintained by the U.S. Park Police in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct based upon my knowledge, information, and belief, and based upon information provided by employees of the United States Department of the Interior, and records maintained by that agency.

Dated this 30th day of August, 2006.

_____
PETER GENTILE
Investigator-Claims Specialist
National Capital Region
U.S. Park Police
National Park Service
1100 Ohio Drive, SW
Washington, D.C. 20242