UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael F. Wasserman

    vs.                              Civil Action No. 1:06-cv-01005-RWR

Denise Rodacker, *et al*.

## ORDER

Upon consideration of plaintiff's Motion to Strike the Declaration of Peter Gentile Attached to Defendants' Opposition to Plaintiff's Motion to Strike Exhibits (Docket #24), the points and authorities in support thereof and any opposition thereto, it is hereby

ORDERED that the motion is GRANTED. It is further

ORDERED that the court hereby STRIKES from the record the Declaration of Peter Gentile attached to Defendants' Opposition to Plaintiff's Motion to Strike Exhibits [24].

SIGNED this \_\_\_\_ day of _____, 2006.

_____
RICHARD W. ROBERTS
United States District Judge