UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael F. Wasserman

    vs.                        Civil Action No. 06-1005 (RWR)

Denise Rodacker, *et al.*

## ORDER

Upon consideration of plaintiff's Amended Motion for a Further Extension of Time in Which to Oppose Defendants' Motion to Dismiss, the points and authorities in support thereof and any opposition thereto, it is hereby

ORDERED that the amended motion [28] is GRANTED. It is further

ORDERED that that plaintiff shall file his response to defendants' motion to dismiss [17] no later than September 25, 2006.

SIGNED this ____ day of _____, 2006.

                                                                  _____
                                                                  RICHARD W. ROBERTS
                                                                  United States District Judge