UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael F. Wasserman

     vs.                        Civil Action No. 06-1005 (RWR)

Denise Rodacker, *et al.*

### REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE THE DECLARATION OF PETER GENTILE

Plaintiff, Michael F. Wasserman, has moved to strike the Declaration of Peter Gentile Attached to [24] Defendants' Opposition to Plaintiff's Motion to Strike Exhibits. Defendants submitted the Gentile Declaration in an attempt to authenticate Exhibits 1 and 3 through 8 attached to [17] Defendants' Motion to Dismiss. Plaintiff moved to strike the Gentile Declaration on the grounds that it was not made on personal knowledge and that it did not satisfy the requirements of the Federal Rules of Evidence as to authentication of records.

Defendants' opposition tacitly concedes that the Gentile Declaration is not sufficient to authenticate Exhibits 1 and 3 through 8 under the Federal Rules of Evidence. Indeed, the opposition does not even mention the Federal Rules of Evidence. Most critically, defendants do not contend that Gentile has testified that he has personal knowledge that Exhibits 1 and 3 through 8 are actually among the records of the United States Park Police. Instead, defendants merely point to portions of the Declaration—descriptions of Gentile's experience and his examination of the exhibits—that are presumably based on personal knowledge. But Gentile does not claim to have actually compared the exhibits with any document found among the records of the United States Park Police. Furthermore, in his Declaration, Gentile himself states that his testimony is based, among other things, on "information and belief." Accordingly, the Declaration is insufficient to authenticate the exhibits. It is inadmissible, because it has no other

conceivable relevance to this action. Consequently, it should be stricken, along with Exhibits 1 and 3 through 8, attached to Defendants' Motion to Dismiss.

Dated: September 25, 2006

Respectfully submitted,

/s/ Michael F. Wasserman
Plaintiff, *pro se*
D.C. Bar No. 442898
9355 Tovito Dr.
Fairfax, VA 22031-3824
(703) 591-0807
mfwddc@gmail.com