UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael F. Wasserman

    vs.                    Civil Action No. 06-1005 (RWR)

Denise Rodacker, *et al*.

## DECLARATION OF RICHARD FLETCHER

1. My name is Richard Fletcher. I live and work in the District of Columbia. I am over 18 years old.

2. In the morning of February 20, 2005, the Sunday before Washington's Birthday, I was in Montrose Park with my dog.

3. While in the park, I saw Michael F. Wasserman in the custody of a female United States Park Police officer. Nearby were Mr. Wasserman's two dogs, "Blackberry" and "Maddy."

4. At the request of Mr. Wasserman, in the presence of the officer and with her express assent, I accepted custody of "Blackberry."

5. I also witnessed another person accept custody of "Maddy," at Mr. Wasserman's request, in the presence of the officer and with her express assent.

6. After we took custody of Mr. Wasserman's dogs, I witnessed several other officers of the United States Park Police arrive.

7. I then witnessed the officers take Mr. Wasserman to a squad car and put him in it. The distance between the place where Mr. Wasserman was arrested and the squad car was about fifty yards.

8. Before the officers put Mr. Wasserman in the squad car, neither of his dogs were on leashes or otherwise under the physical control of any person.

9. After Mr. Wasserman was placed in the squad car, I put "Blackberry" on the same leash with my own dog.

10. During that time, I saw that Mr. Wasserman's other dog, "Maddy," continued to be off leash and not under the physical control of any person.

11. I witnessed the Park Police officers discussing the event for several minutes after Mr. Wasserman was placed in the squad car.

12. During the entire time, no Park Police officer showed any concern about whether Mr. Wasserman's dogs were on leashes or otherwise under the physical control of any person.

13. All of the statements in this declaration are based on my personal knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 19, 2006.

Richard Fletcher