UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael F. Wasserman

     vs.                              Civil Action No. 06-1005 (RWR)

Denise Rodacker, *et al*.

### DECLARATION OF MELISSA M. IHNAT

1. My name is Melissa Mary Ihnat. I live on the 3100 block of R Street, NW in Washington, DC. I am 35 years old.

2. On February 18, 2006, at about 10:25 am, I was with my two dogs in Battery Kemble Park in the District of Columbia. One of my dogs was not on a leash.

3. Private Denise Rodacker saw me with my dog off leash. She stated to me that she would write a citation for not having my dog on a leash.

4. A true and correct copy of the citation is attached to this declaration, except that my street and apartment numbers, social security number, and day of birth have been redacted.

5. All of the statements in this declaration are based on my personal knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 19, 2006.


Melissa Mary Ihnat

1JSD1-NPS-1JSPP
Form 79 (Rev./ 5/89)

UNITED STATES PARK POLICE
DISTRICT OF COLUMBIA VIOLATION NOTICE     18497

*Melissa Mary Ihnat*  ████  *R St. NW* ████ *WDC 20007*
Name                                              Address

████                                    *W/F*                        ████ /70
Social Security        Arrest Number         Race/sex                    Date of Birth

YOU ARE HEREBY NOTIFIED that the below-listed offense is a violation of DISTRICT of COLUMBIA LAW.

*24 DCMR 900.1 Leash Law*        *1025  2/18/06  Battery Temble Pk*
Violation Code Section                    Time, Date & Location of Occurrence

You are directed to report, within 15 days, to any of the police stations listed on the back of this form to post the required amount of collateral for the above-listed violation. Bring this citation with you.

If you wish to request a trial, you **MUST APPEAR, in person,** within 15 days at any of the police stations listed on the back of this form where you must first post collateral after which a TRIAL DATE will be scheduled for you. Bring this citation with you. You may mail in the collateral ONLY if you wish to forfeit.

Failure to post collateral within 15 days from the date you receive this citation will result in the case being presented at the District of Columbia Superior Court for Disposition

*$25⁰⁰*          *1029  2/18/06*        *Proctor #267*     *06-5549*
Collateral          Time & Date Issued       Officer Badge No./ Unit      Case Number