UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael F. Wasserman

    vs.                        Civil Action No. 06-1005 (RWR)

Denise Rodacker, *et al.*

### DECLARATION OF MELISSA M. IHNAT

1. My name is Melissa Mary Ihnat. I live on the 3100 block of R Street, NW in Washington, DC. I am 35 years old.

2. On February 18, 2006, at about 10:25 am, I was with my two dogs in Battery Kemble Park in the District of Columbia. One of my dogs was not on a leash.

3. Private Denise Rodacker saw me with my dog off leash. She stated to me that she would write a citation for not having my dog on a leash.

4. A true and correct copy of the citation is attached to this declaration, except that my street and apartment numbers, social security number, and day of birth have been redacted.

5. All of the statements in this declaration are based on my personal knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 19, 2006.

                                                 Melissa Mary Ihnat

**1JSD1-NPS-1JSPP**
**Form 79 (Rev./ 5/89)**

UNITED STATES PARK POLICE
**DISTRICT OF COLUMBIA VIOLATION NOTICE**     18497

_Melissa Mary Ihnat_    _R St. NW_    _WDC  20007_
Name                              Address

_____    _____    _W/F_    _/70_
Social Security    Arrest Number    Race/sex    Date of Birth

YOU ARE HEREBY NOTIFIED that the below-listed offense is a violation of DISTRICT of COLUMBIA LAW.

_24 DCMR 900.1 Leash Law_    _1025 2/18/06 Battery/Kemble PK_
Violation Code Section              Time, Date & Location of Occurrence

You are directed to report, within 15 days, to any of the police stations listed on the back of this form to post the required amount of collateral for the above-listed violation. Bring this citation with you.

If you wish to request a trial, you **MUST APPEAR, in person**, within 15 days at any of the police stations listed on the back of this form where you must first post collateral after which a TRIAL DATE will be scheduled for you. Bring this citation with you. You may mail in the collateral ONLY if you wish to forfeit.

Failure to post collateral within 15 days from the date you receive this citation will result in the case being presented at the District of Columbia Superior Court for Disposition

_$25.00_    _1029 2/18/06_    _D Procter #267_    _06-5549_
Collateral    Time & Date Issued    Officer Badge No./ Unit    Case Number