```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
```

_____
                              )
**MICHAEL F. WASSERMAN,**     )
                              )
    Plaintiff,          )
                              )
  v.                       )     Civil Action No. 06-1005 (RWR)
                              )
**DENISE RODACKER, et al.,**  )
                              )
    Defendants.         )
_____)

### ORDER

  Upon consideration of plaintiff's Amended Motion for a Further Extension of Time in Which to Oppose Defendants' Motion to Dismiss, the points and authorities in support thereof and any opposition thereto, it is hereby

  ORDERED that the amended motion [43] is GRANTED. It is further

  ORDERED that that plaintiff shall file his response to defendants' motion to dismiss [17] no later than October 23, 2006.

    SIGNED this ____ day of _____, 2006.


                                     _____
                                     RICHARD W. ROBERTS
                                     United States District Judge