UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MICHAEL F. WASSERMAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1005 (RWR) |
| | ) | |
| **DENISE RODACKER, <u>et al.</u>,** | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Upon consideration of plaintiff's Amended Motion for a Further Extension of Time in Which to Oppose Defendants' Motion to Dismiss, the points and authorities in support thereof and any opposition thereto, it is hereby

ORDERED that the amended motion [44] is GRANTED. It is further

ORDERED that that plaintiff shall file his response to defendants' motion to dismiss [17] no later than October 30, 2006.

SIGNED this ____ day of _____, 2006.

_____
RICHARD W. ROBERTS
United States District Judge