UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael F. Wasserman

    vs.                          Civil Action No. 06-1005 (RWR)

Denise Rodacker, *et al.*

## DECLARATION OF MICHAEL F. WASSERMAN

1. My name is Michael F. Wasserman. I am the plaintiff in this action.

2. This declaration is supplemental to the affidavit I prepared and executed on September 20, 2005, which was attached to Defendants' Motion to Dismiss [17] as Exhibit 10.

3. I prepared and filed my September 20, 2005, affidavit to support my motion to seal arrest records in case number D-339-05, in the Superior Court of the District of Columbia.

4. I reaffirm that everything I stated in my September 20, 2005, affidavit is true.

5. Before she arrested me, Private Denise Rodacker never declared that she wanted to cite or charge me for having my dogs off leash or for any other violation of any law.

6. Private Rodacker arrested me by touching my left shoulder. After Private Rodacker touched my left shoulder, I made no further motion except according to her directions. In particular I never attempted to pull or wrench my arm from her grip.

7. Private Rodacker never told me that she arrested me for having dogs off leash.

8. While being transported in the squad car, I was handcuffed behind my back. Private Rodacker refused my request that she remove the handcuffs while I was being transported. The handcuffs caused me pain and discomfort.

9. After I had been booked and Private Rodacker had completed her report, she applied my thumb print to each copy of her report.

10. Before she took me to the central cell block, Private Rodacker told me that the only reason I was going to be held was because she was charging me with assaulting her.

11. Private Rodacker delivered me to the central cell block under 300 Indiana Avenue, NW, at about 11:30 am, Sunday, February 20, 2005. I was kept there until sometime late the following morning, when I was moved to the holding cells under 500 Indiana Avenue.

12. During the whole time I was in the central cell block, I was confined in a metal cell measuring approximately four by eight by eight feet. There were two bunks consisting of metal sheets without padding of any kind. My request for a mattress pad was refused. There was no place to sit in the cell. The light was on continuously. There was no clock, no reading material, no pen or paper, and no entertainment of any kind.

13. I was continuously imprisoned from the time Private Rodacker arrested me until 3:00 pm February 21, 2005, when I was released on my personal recognisance following my initial appearance in the Superior Court of the District of Columbia.

14. The Office of the United States Attorney for the District of Columbia never filed any charge against me.

15. The Office of the Attorney General for the District of Columbia filed a one count information charging me with violation of 24 D.C.M.R. § 900.3. A true and correct copy of the information I received from the court is attached hereto, except that the street and unit numbers in my home address and my date of birth have been redacted.

16. On March 16, 2005, at the arraignment on the information, I peaded not guilty.

17. On May 23, 2005, at my fourth appearance in Superior Court in the case, the Office of the Attorney General for the District of Columbia agreed to enter a nolle prosequi upon my

    posting and forfeiting $25 security. There were no other terms to the agreement. In particular, I did not agree to forego any civil remedy I might have arising from the arrest.

18. After I had posted and forfeited the $25 security, the prosecution entered a nolle prosequi. No judge approved of or otherwise acted upon either our agreement or the nolle prosequi.

19. All of the statements in this declaration are based on my personal knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 18, 2006.

                                              Michael F. Wasserman

Form
OOC/LE-1000
Revised 2000

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

D-339-05

THE CORPORATION COUNSEL FOR THE DISTRICT OF COLUMBIA
INFORMS THE COURT THAT WITHIN THE DISTRICT OF COLUMBIA:

NAME ___Wasserman, Michael F._____ DOB ▓▓▓ SEX _MALE_

ADDRESS __▓▓▓ South Barton St. @279 Arlington Va._____

PERMIT # _____ TVN # _____ TAG # _____
                                   (Traffic Cases Only)

COUNT ( ) _____DOGS at Large_____ ( )
                          (Caption of Offense)                              (Code #)

on or about the ___20th___ day of ___February_____, 20_005_,

at ___3000 Blk R St., N.W. Washington D.C._____

did then and there: 900.3 No person owning, keeping, or having custody of a dog in the District shall permit the dog to be on any public space in the District, unless the dog is firmly secured by a substantial leash. The leash shall be held by a person capable of managing the dog.

in violation of 900.9 Any person violating any provision of §§ 900.1 through 900.6 shall be punished by a fine of not more than three hundred dollars ($300), or by imprisonment not exceeding ten (10) days.

DATE ___February 21, 2005_____    ___[signature]_____
                                          Assistant Corporation Counsel
                                          District of Columbia

REPORTED BY ___Rodcker, Denise_____ DIST. # __USPP__ BADGE # __267__

COL. __USLU#56__ DIST. # _____ WARRANT _____ JOINT DEF. _____

00-0323-PM5