G. F. 1-224   Order No. 61-1734

GOVERNMENT OF THE DISTRICT OF COLUMBIA
EXECUTIVE OFFICE
WASHINGTON 4, D.C.

October 12, 1961

SUBJECT: Police Regulations - Amended
Metropolitan Police Department

ORDERED:

That, pursuant to the provisions of the Act of Congress entitled "An Act to authorize the Commissioners of the District of Columbia to regulate the keeping and running at large of dogs", approved September 13, 1961 (Public Law 87-227; 75 Stat. 498), Sections 1, 2 and 3 of Article 18 of the Police Regulations of the District of Columbia (1955 ed.) as the said sections now appear in such regulations are hereby reinstated, effective October 13, 1961, said sections reading as follows:

Section 1. No persons shall own or keep in the District of Columbia any animal of the dog kind which shall by barking, howling, or in any other manner whatsoever disturb the comfort or quiet of any neighborhood, or any person.

Section 2. No animal of the dog kind shall be allowed to go at large without a collar or tag, as now prescribed by law, and no person owning, keeping or having custody of a dog in the District shall permit such dog to be on any public space in the District, unless such dog is firmly secured by a substantial leash, not exceeding four feet in length, held by a person capable of managing such dog, nor shall any dog be permitted to go on private property without the consent of the owner or occupant thereof.

Section 3. No person owning, keeping or having custody of a dog in the District shall permit such dog to be confined in any yard, or other enclosure, or on any private property, or in any automobile or other vehicle, in such a manner that such dog can bite or menace persons lawfully using any public street, or highway, or public space.

Section 4 of Article 18 of the Police Regulations of the District of Columbia (1955 ed.) is amended to read as follows:

Section 4. Any person violating any provision of Sections 1, 2 or 3 of this Article shall be punished by a fine of not more

(OVER)

than $300 or by imprisonment not exceeding 10 days.

By order of the Board of Commissioners, D. C.

Secretary to the Board

Official copy furnished:
Acct.
Disb.
Budget
Int. Audit
Police
Dept. of Lic and Insp.
Judges (20)
Printing Div.
Pub. Library
Gen. Files
   (Officially published in the NEWS, October 19, 1961.)