```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
```

_____
                                )
**MICHAEL F. WASSERMAN,**       )
                                )
    Plaintiff,            )
                                )
  v.                            )   Civil Action No. 06-1005 (RWR)
                                )
**DENISE RODACKER, <u>et</u> <u>al.</u>,**   )
                                )
    Defendants.           )
_____)

### ORDER

Upon consideration of Defendants' **[17]** Motion to Dismiss, the points and authorities in support thereof and the opposition thereto, it is hereby

ORDERED that the **[17]** Motion is DENIED. It is further

ORDERED that the United States is DISMISSED as a party. It is further

ORDERED that the action shall proceed against defendant Denise Rodacker alone as to all claims.

SIGNED this ____ day of _____, 2006.

```
                              _____
                              RICHARD W. ROBERTS
                              United States District Judge
```