UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL F. WASSERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1005 (RWR) |
| | ) |
| DENISE RODACKER, et al., | ) |
| | ) |
| Defendants. | ) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO REPLY TO PLAINTIFF'S
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b) and for good cause shown, hereby respectfully move for an enlargement of time of thirty (30) days, up to and including December 18, 2006, in which to reply to plaintiff *pro se*'s Opposition to Defendants' Motion for Summary Judgment. Defendants' reply would otherwise be due on November 17, 2006.

An enlargement is needed because undersigned counsel has an Appellate Brief due on November 13, 2006, in Cynthia J. Vickers v. Donald E. Powell, Chairman, Federal Deposit Insurance Corp.; an Answer due on November 13, 2006, in Theodore R. Wilson v. Timothy Cox, Chief Operating Officer, Armed Forces Retirement Home-Washington; a Memorandum due on November 13, 2006 in Reese Brothers, Inc. v. United States Postal Service v. Reese Teleservices, Inc. and TRG Holdings, Inc.; a Rule 16.3 Report due on November 14, 2006 in Elaine Walls v. Norman Mineta, Secretary of Department of Transportation; a dispositive motion due on November 17, 2006 in Marvin Green v. Captain Joseph Stuyvesant; a dispositive motion due on

November 17, 2006 in <u>Mitsui Engineering v. United States Department of State</u>; and a Reply due on November 17, 2006 in <u>Ryan Poullard v. Harley G. Lappin, et al.</u>  Defendants therefore request an enlargement of time up to and including December 13, 2006 within which to file a reply to plaintiff's opposition.

Pursuant to Local Rule 7(m), defendants' counsel contacted plaintiff *pro se* to ascertain his position on this motion.[1]  Plaintiff *pro se* consents to this motion.  For these reasons, and to ensure that the government has sufficient time to prepare the materials to carry its burden in this case, defendants respectfully request that the enlargement of time to reply to plaintiff *pro se*'s Opposition to Defendants' Motion to Dismiss be granted.

An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

/s/
MARIAN L. BORUM, DC Bar #435409
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, DC  20530
(202) 514-6531
Counsel for Defendants

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel."  It does not require counsel to discuss those motions with *pro se* parties.  Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that, on this ___th day of November, 2006, service of the foregoing has been made by the U.S. District Court Electronic Filing System and by mailing copies thereof to:

>Michael Wasserman
>9355 Tovito Drive
>Fairfax, Virginia 22031-3824

    /s/_____
    MARIAN L. BORUM
    Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL F. WASSERMAN,** | ) |
|           **Plaintiff,** | ) |
|     v. | ) Civil Action No. 06-1005 (RWR) |
| **DENISE RODACKER, et al.,** | ) |
|           **Defendants.** | ) |

**ORDER**

UPON CONSIDERATION of Defendants' Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2006

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall have up to an including December 18, 2006 in which to reply to plaintiff's Opposition to Defendants' Motion to Dismiss.

Date _____     _____
                                                                    UNITED STATES DISTRICT JUDGE