UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael F. Wasserman

      vs.                        Civil Action No. 06-1005 (RWR)

Denise Rodacker, *et al.*

### RENEWED MOTION TO STRIKE EXHIBITS NUMBERED 1 AND 2 ATTACHED TO DEFENDANTS' MOTION TO DISMISS [17] AND POINTS AND AUTHORITIES IN SUPPORT

    Plaintiff, Michael F. Wasserman, renews his motion to strike the exhibits numbered 1 and 2 attached to Defendants' Motion to Dismiss. In its January 29 Memorandum Opinion and Order [50] the court found that those exhibits were not properly authenticated. Nevertheless, the court denied plaintiff's Motion to Strike [22] as to those exhibits without prejudice, subject to renewal should defendants fail to authenticate the exhibits. Two weeks have now passed without any attempt by defendants to authenticate the exhibits. Accordingly, plaintiff renews his motion.

    Plaintiff sought consent to this motion on February 12, 2007, at 7:08 a.m. by emailing a draft of it to opposing counsel and at 9:45 a.m. and again at 5:30 p.m. by leaving her voicemail. At 7:19 p.m., counsel sent an email reply in which she stated simply, "I oppose."

    A proposed order accompanies this motion.

    Dated: February 12, 2007

                                          Respectfully submitted,

                                          /s/ Michael F. Wasserman
                                          Plaintiff, *pro se*
                                          D.C. Bar No. 442898
                                          9355 Tovito Dr.
                                          Fairfax, VA 22031-3824
                                          (703) 591-0807
                                          mfwddc@gmail.com