**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                    )
**MICHAEL F. WASSERMAN,**           )
                                    )
          **Plaintiff,**            )
                                    )
     **v.**                         )     **Civil Action No. 06-1005 (RWR)**
                                    )
**DENISE RODACKER, et al.,**        )
                                    )
          **Defendants.**           )
_____ )

**<u>ORDER</u>**

Upon consideration of plaintiff's Renewed Motion to Strike Exhibits Numbered 1 and 2 Attached to Defendants' Motion to Dismiss, the points and authorities in support thereof and any opposition thereto, it is hereby

ORDERED that the motion [53] is GRANTED. It is further

ORDERED that the exhibits 1 and 2 attached to Defendants' Motion to Dismiss [17] are STRICKEN from the record.

SIGNED this ____ day of _____, 2007.

                              _____
                              RICHARD W. ROBERTS
                              United States District Judge