UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL F. WASSERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1005 (RWR) |
| | ) |
| DENISE RODACKER, et al., | ) |
| | ) |
| Defendants. | ) |

**OPPOSITION TO PLAINTIFF'S RENEWED MOTION TO STRIKE EXHIBITS NUMBERED 1 AND 2 ATTACHED TO DEFENDANTS' MOTION TO DISMISS**

The Court issued a Memorandum Opinion and Order indicating, *inter alia*, "Exhibits 1 and 2 will be considered in deciding the motion for summary judgment only if their admissibility is established, which the defendants may accomplish by supplemental affidavit." See Docket Entry No. 50 at p. 8 (citing Fed. R. Civ. P. 56(e)). Plaintiff has filed a Renewed Motion to Strike these exhibits because "[t]wo weeks have now passed *without any attempt by defendants to authenticate the exhibits*." See Renewed Motion to Strike Exhibits Numbered 1 and 2 Attached to Defendants' Motion to Dismiss, Docket Entry No. 53 (emphasis added). This is untrue. Undersigned counsel has been in contact with agency counsel and currently is in the process of obtaining the necessary affidavits. Those affidavits will be provided to the Court as soon as they are received. Therefore, plaintiff's renewed motion should be denied.

## III.  CONCLUSION

For the foregoing reasons, defendants submit that the Plaintiff's Renewed Motion to Strike Exhibits should be denied.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 13th day of February, 2007, service of the foregoing was made by mailing copies thereof to:

Michael F. Wasserman
9355 Tovito Drive
Fairfax, Virginia 22031-3824

/s/
MARIAN L. BORUM
Assistant United States Attorney