UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael F. Wasserman

     vs.    Civil Action No. 06-1005 (RWR)

Denise Rodacker, *et al*.

**REPLY TO OPPOSITION TO RENEWED MOTION TO STRIKE EXHIBITS NUMBERED 1 AND 2 ATTACHED TO DEFENDANTS' MOTION TO DISMISS [17] AND POINTS AND AUTHORITIES IN SUPPORT**

In opposition to plaintiff's renewed motion to strike, counsel represents that she "has been in contact with agency counsel" (presumably for the Department of Interior) and the "affidavits will be provided to the Court as soon as they are received." Those representations are insufficient to withstand the renewed motion for two reasons. *First*, the representations lack sufficient detail to show diligence. Counsel provides no information about when she initiated the "contact," the reasons for the delay in obtaining the necessary affidavits, or even when such affidavits might reasonably be expected. *Second*, counsel does not explain how "contact with agency counsel" can yield authentication of Exhibit 2, which purports on its face to be a document from the Superior Court of the District of Columbia. Counsel has already had three chances over the course of half a year to get this simple matter right. The renewed motion to strike should be granted.

Dated: February 13, 2007

                                           Respectfully submitted,

                                           /s/ Michael F. Wasserman
                                           Plaintiff, *pro se*
                                           D.C. Bar No. 442898
                                           9355 Tovito Dr.
                                           Fairfax, VA 22031-3824
                                           (703) 591-0807
                                           mfwddc@gmail.com