UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL F. WASSERMAN, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|   v. | )   Civil Action No. 06-1005 (RWR) |
| | ) |
| DENISE RODACKER, et al., | ) |
| | ) |
|       Defendants. | ) |
| | ) |

**OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE EXHIBITS NUMBERED 1
AND 2 ATTACHED TO DEFENDANTS' MOTION TO DISMISS**

The Court issued a Memorandum Opinion and Order indicating, *inter alia*, "Exhibits 1 and 2 will be considered in deciding the motion for summary judgment only if their admissibility is established, which the defendants may accomplish by supplemental affidavit." See Docket Entry No. 50 at p. 8 (citing Fed. R. Civ. P. 56(e)). In light of the Court's Order, defendants have submitted the Declaration of Troy Pettiford to establish the authenticity of Exhibit 1, the Arrest/Prosecution Report. See Declaration of Troy Pettiford ("Pettiford Dec.") attached as Exhibit 1. Mr. Pettiford is "in charge of the Records Management Section of the United States Park Police, Washington Metro Area, United States Department of the Interior . . . ." Id. at ¶ 1. He has been employed in that capacity since June 5, 1977. Id. at ¶ 2. In this capacity, Mr. Pettiford "maintain[s], manage[s], and control[s] access to all police reports filed by United States Park Police officers." Id. at ¶ 3. Mr. Pettiford examined Exhibit 1 submitted in support of Defendant's Motion to Dismiss. Id. at ¶ 4. Mr. Pettiford declared that it is an official law enforcement document, id. at ¶5, prepared in connection with the arrest of plaintiff. Id. at ¶ 4. It was prepared by Officer Denise Rodacker at or near the time of the arrest of plaintiff. Id. Mr.

Pettiford also declared that "[i]t is the regular practice of United States Park Police officers to prepare such reports in connection with the arrests of individuals." Id. at ¶5. In addition, Exhibit 1 "was kept in the ordinary course of regularly conducted business activity of the United States Park Police." Id. Therefore, defendants submit that the authenticity of Exhibit 1 has been established.

Defendants did not locate the individual who could establish the authenticity of Exhibit 2, the District of Columbia Superior Court Post and Forfeit Receipt dated May 23, 2005. Therefore, defendants are not contesting plaintiff's motion to strike that Exhibit. However, this does not diminish the strength of defendants' argument that by "posting and forfeiting" on the Dog Off Leash charges, plaintiff forfeited his right to be exonerated of the charges. Therefore, plaintiff's statement that "[t]he criminal charge instituted against [him] was resolved favorably to [him] without an adjudication of guilt," Complaint ¶ 4, was misleading. While a "post-and-forfeit" does not result in a conviction, it also is not an exoneration of guilt. According to the terms of the Post and Forfeit statute, the procedure results in "a full and final resolution of the criminal charge." 5 D.C. Code § 335.01(a).

Here, plaintiff has used the procedure to preclude a finding of guilt; claim that "the case was resolved favorably;" and then file a complaint alleging damages against Officer Rodacker. However, plaintiff's Complaint concerns the same issues, parties and facts as those addressed when plaintiff appeared in court and posted-and-forfeited on the charges. The doctrines of collateral estoppel and res judicata bar plaintiff's claim. Moreover, equity demands that plaintiff's claim be precluded.

### III.  CONCLUSION

For the foregoing reasons, defendants submit that Exhibit 1 in support of Defendants' Motion to Dismiss should not be stricken.

                Respectfully submitted,

                /s/
                JEFFREY A. TAYLOR, D.C. Bar # 498610
                United States Attorney

                /s/
                RUDOLPH CONTRERAS, D.C. Bar # 434122
                Assistant United States Attorney

                /s/
                MARIAN L. BORUM, D.C. Bar # 435409
                Assistant United States Attorney
                Civil Division
                555 Fourth Street, N.W.
                Washington, D.C.  20530
                (202) 514-6531
                Counsel for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 22nd day of February, 2007, service of the foregoing was made by mailing copies thereof to:

Michael F. Wasserman
9355 Tovito Drive
Fairfax, Virginia 22031-3824

                                            /s/
                                          MARIAN L. BORUM
                                          Assistant United States Attorney