UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL F. WASSERMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 06-1005   (RWR) |

## DECLARATION OF TROY PETTIFORD

I, TROY PETTIFORD, make this declaration in lieu of an affidavit pursuant to 28 U.S.C. § 1746. I am aware that this Declaration may be filed in the United States District Court for the District of Columbia, and that it is the legal equivalent of a statement under oath.

1. I am in charge of the Records Management Section of the United States Park Police, Washington Metro Area, United States Department of the Interior, 1100 Ohio Drive, SW, Washington, D.C. 20242.

2. I have been employed in this capacity since June 5, 1977.

3. In this capacity, I maintain, manage and control access to all police reports filed by United States Park Police officers.

4. I have examined the record submitted as Exhibit 1 in support of Defendants' Motion to Dismiss, filed on July 31, 2006. Exhibit 1 is an Arrest/Prosecution Report ("PD 163") dated February 20, 2005, prepared in connection with the arrest of Michael F. Wasserman, Arrest No. 730500067. This report was prepared by the officer who arrested Michael F. Wasserman, Officer Denise Rodacker. The report was prepared on February 22, 2005, at or near the time of the arrest of Michael F. Wasserman.


GOVERNMENT EXHIBIT 1

5. This Arrest/Prosecution Report is an official law enforcement document. It is the regular practice of United States Park Police officers to prepare Arrest/Prosecution Reports in connection with the arrests of individuals. Exhibit 1, the Arrest/Prosecution Report prepared in connection with the arrest of Michael F. Wasserman on February 20, 2005, is kept in the ordinary course of regularly conducted business activity of the United States Park Police.

I declare under penalty of perjury that the foregoing is true and correct based upon my knowledge, information and belief; based upon records maintained by the United States Department of Interior; and based upon information provided by members of the United States Department of Interior.

Dated this 22th day of February, 2007

_____
TROY PETTIFORD
United States Park Police
1100 Ohio Drive, SW
Washington, D.C. 20242

2