UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**MICHAEL F. WASSERMAN,**           )
                                    )
       Plaintiff,              )
                                    )
   v.                              )   Civil Action No. 06-1005 (RWR)
                                    )
**DENISE RODACKER,** et al.,        )
                                    )
       Defendants.             )
_____)

**ORDER**

  Upon consideration of plaintiff's Motion to Strike the Declaration of Troy Pettiford Attached to Defendants' [Second] Opposition to Plaintiff's Motion to Strike Exhibits Numbered 1 and 2 Attached to Defendants' Motion to Dismiss, the points and authorities in support thereof and any opposition thereto, it is hereby

  ORDERED that the motion [58] is GRANTED. It is further

  ORDERED that the Declaration of Troy Pettiford attached to Defendants' [56] "Opposition to Plaintiff's Motion to Strike Exhibits Numbered 1 and 2 Attached to Defendants' Motion to Dismiss" is STRICKEN from the record.

  SIGNED this ____ day of _____, 2007.


                                          _____
                                          RICHARD W. ROBERTS
                                          United States District Judge