UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
MICHAEL WASSERMAN,             )
                               )
        Plaintiff,             )
                               )
        v.                     )    Civil Action No. 06-1005 (RWR)
                               )
DENISE RODACKER et al.,        )
                               )
        Defendants.            )
_____)
```

**FINAL ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendants' motion [17] to dismiss be, and hereby is, GRANTED as to plaintiff's common law claims, and treated as a motion for summary judgment, be, and hereby is, GRANTED as to plaintiff's constitutional claims. It is further

ORDERED that plaintiff's motion [23] for sanctions be, and hereby is, DENIED. It is further

ORDERED that plaintiff's motions [53, 58] to strike be, and hereby are, DENIED as moot.

This is a final, appealable Order.

SIGNED this 19th day of July, 2007.

```
                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge
```