UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael F. Wasserman

    vs.                      Civil Action No. 06-1005 (RWR)

Denise Rodacker, *et al.*

**NOTICE OF APPEAL**

Notice is given this 17th day of September, 2007, that plaintiff, Michael F. Wasserman, appeals to the United States Court of Appeals for the District of Columbia Circuit from (1) the judgment [62] of this Court entered on the 19th day of July, 2007, in favor of defendants, Denise Rodacker and the United States of America, against plaintiff and (2) the order [20] of this Court entered on the 10th day of August, 2006, denying plaintiff's motion to remand the case to the Superior Court of the District of Columbia.

                                                Respectfully submitted,

                                                /s/
                                                Michael F. Wasserman
                                                Plaintiff, *pro se*
                                                D.C. Bar No. 442898
                                                9355 Tovito Dr.
                                                Fairfax, VA 22031-3824
                                                (703) 591-0807
                                                mfwddc@gmail.com